FILED

2012 OCT 26  PM 3: 18

CLERK, U.S DIST... ....
CENTRAL DIST ...
LOS ANGELES

BY _____

Grant E. Kinsel, Bar No. 172407
GKinsel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Timothy J. Carroll (Pro Hac Vice pending)
tcarroll@perkinscoie.com
Matthew F. Carmody (Pro Hac Vice pending)
mcarmody@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone:  312.324.8400
Facsimile:  312.324.9400

Attorneys for Defendants/ Counterclaimants
OPEN TEXT CORPORATION and EASYLINK
SERVICES INTERNATIONAL CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>OPEN TEXT CORPORATION and EASYLINK SERVICES INTERNATIONAL CORPORATION,<br><br>Defendants. | Case No. 12-cv-7968 DDP (AJWx)<br><br>**OPENTEXT CORPORATION AND EASYLINK SERVICES INTERNATIONAL CORPORATION'S COUNTERCLAIMS AGAINST J2 GLOBAL, INC.** |
| OPENTEXT CORPORATION and EASYLINK SERVICES INTERNATIONAL CORPORATION,<br><br>Counterclaimants,<br><br>v.<br><br>J2 GLOBAL INC.,<br><br>Counter-Defendant. | |

CALENDARED

1        Defendants and Counterclaimants OpenText Corporation ("OpenText") and

2    EasyLink Services International Corporation ("EasyLink") for their Counterclaims

3    against Plaintiff and Counter-Defendant j2 Global, Inc. ("j2"), allege as follows:

4                                    **INTRODUCTION**

5        1.    These counterclaims include claims for declaratory judgment of non-

6    infringement and invalidity of U.S. Patent No. 6,020,980 ("the '980 patent").

7        2.    These counterclaims also include claims for tortious interference with

8    prospective business advantage and statutory unfair competition based on j2's

9    knowingly false and improper claims to EasyLink's (now OpenText's) prospective

10   customers that j2's email-to-fax patent or patents prevent EasyLink (now

11   OpenText) and all other companies from competing with j2 and offering any email-

12   to-fax product or service.

13       3.    The factual allegations supporting these counterclaims are set forth in

14   detail below.

15                              **JURISDICTION AND VENUE**

16       4.    These Counterclaims arise under the laws of the United States,

17   specifically the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202,

18   and under the laws of the State of California, including California Business &

19   Professions Code §§ 17200 *et seq.*  The Court has subject matter jurisdiction over

20   these Counterclaims under the provisions of 28 U.S.C. §§ 1331, 1332, 1338(a),

21   1338(b) and 1367(a).

22       5.    j2 transacts business in this judicial district and has filed suit in this

23   district.  Venue is therefore proper in accordance with 28 U.S.C. §§ 1391(b) and

24   (c).  Venue is also proper pursuant to 28 U.S.C. § 1400(b), in that this is a patent

25   infringement action arising under the patent laws of the United States, and pursuant

26   to 28 U.S.C. §§ 1391(b) and (c), in that j2 is subject to the personal jurisdiction of

27   this Court by commencing and continuing to prosecute this action.

28

6.   There is a justiciable controversy between the Defendants and j2 as to whether the Defendants have infringed any valid claims of the '980 patent, and whether any claim of the '980 patent is valid.

## PARTIES

7.   OpenText is a Canadian corporation with a principal place of business at 275 Frank Tompa Drive, Waterloo, Ontario, Canada N2L OAI.

8.   EasyLink is a Delaware corporation with a principal place of business at 6052 The Corners Parkway, Suite 100, Norcross, Georgia 30092.  EasyLink is a wholly-owned subsidiary of OpenText.

9.   j2 is a Delaware corporation with its principal place of business located at 6922 Hollywood Boulevard, Suite 500, Los Angeles, California 90028.

## FIRST CLAIM FOR RELIEF

### (Declaratory Judgment of Non-Infringement of the '980 Patent)

10.   Defendants incorporate by reference the preceding paragraphs as though fully set forth herein.

11.   j2 contends that the Defendants infringe the '980 patent.

12.   The Defendants have not infringed and do not infringe (either directly, contributorily, or by inducement) any valid claims of the '980 patent, whether literally or under the doctrine of equivalents.

13.   The Defendants are therefore entitled to a declaratory judgment that they have not infringed the '980 patent.

## SECOND CLAIM FOR RELIEF

### (Declaratory Judgment of Invalidity of the '980 Patent)

14.   The Defendants incorporate by reference the preceding paragraphs as though fully set forth herein.

15.   The claims of the '980 patent are invalid because they fail to comply with the applicable requirements of the Patent Act, including, but without limitation, sections 101, 102, 103, and/or 112, and for failure to comply with the

1    statutes and regulations governing the application for and prosecution of patents.

2        16.   j2 contends, however, that the '980 patent was validly issued.

3        17.   The Defendants are therefore entitled to a declaratory judgment that

4    the claims of the '980 patent are invalid.

5                              **THIRD CLAIM FOR RELIEF**

6        **(Tortious Interference with Prospective Business Advantage)**

7        18.   Defendants incorporate by reference the preceding paragraphs as

8    though fully set forth herein.

9        19.   OpenText and EasyLink sell fax-to-email products and services, that

10   is, products and services that allow a customer's employees to send faxes as

11   electronic messages directly from their existing email accounts, without having to

12   use a fax machine, scan documents, or convert documents or text into a particular

13   format before sending.

14       20.   In particular, EasyLink sells a fax-to-email service called Fax2Mail.

15       21.   OpenText has acquired EasyLink and is successor-in-interest to

16   EasyLink.

17       22.   j2 is headquartered in Los Angeles, California, and offers a fax-to-

18   email service under the brand eFax.   j2 is aware, and indeed, has contended in

19   litigation that its eFax fax-to-email service competes for customers with

20   OpenText's and EasyLink's fax-to-email products and services, including

21   EasyLink's Fax2Mail service.

22       23.   OpenText's and EasyLink's business model includes partnering with

23   third parties to market and resell software and services, such as Fax2Mail.   One of

24   EasyLink's and OpenText's partners is Advantage Technologies.

25       24.   Intermedia.net, Inc. ("Intermedia") is a provider of cloud computing

26   services to small and mid-sized business with headquarters located in Mountain

27   View, California, and is a potential and prospective customer of EasyLink and

28   OpenText.

---

25.   Advantage Technologies has communicated with Intermedia regarding Intermedia's interest in offering fax-to-email services to its clients, and its potential use of EasyLink's Fax2Mail.

26.   During September 2012, a representative or representatives of j2/eFax claimed to Intermedia that j2 owns patents that cover fax-to-email and web fax services, and that as a result of the patents no one other than eFax may legally provide fax-to-email and web fax services.

27.   On information and belief, j2 was aware of Intermedia's potential purchase of Fax2Mail when its statements were made, and j2's communication to Intermedia was directed to and received in California, and was intended to affect commerce in California.

28.   The statement made by j2 to prospective EasyLink and OpenText customer Intermedia was an intentional and fraudulent misrepresentation, in that j2 knew the statement was false when made, and made the false statement with the intent to induce Intermedia to purchase j2's own eFax services and to deprive OpenText and EasyLink of the Intermedia business opportunity.

29.   j2's statement was false because, although j2's fax-to-mail patents, U.S. Patent Nos. 6,597,688 ("the '688 patent") and 7,020,132 ("the '132 patent"), are directed to certain network configurations when providing those services, they do not and could not cover all ways of providing fax-to-email services, nor could they reasonably be construed to cover all ways of providing fax-to-email services.

30.   For example, the '688 and '132 patents are both limited to a service using "processing servers," each of which must be connected to "outbound resources" and to a separate "database server," and could not reasonably be construed to cover any system that did not meet those limitations.  Moreover, each processing server must store messages received over a separate, external packet-switched network, and must validate the user sending each message using account information stored on the separate database server, then determine which of the

1  multiple outbound resources it will assign the message to be sent through.  Finally,

2  the assigned outbound resources, rather than the processing servers or some other

3  element of the service, must be where the message is converted into fax-machine-

4  readable format.  The '688 and '132 patents could not reasonably be construed to

5  cover systems that use different methods and configurations.  *See* Exhibit A ('688

6  patent at 14:35-58, 15:33-52, 16:42-63); Exhibit B ('132 patent at 13:1-21, 14:6-19,

7  14:28-16:9)

8      31.   Although it made the statement to Intermedia, j2 does not, in fact,

9  believe that its patents cover all ways of providing fax-to-email services.  j2 has

10  specifically contended in litigation involving the '688 and '132 patents that those

11  patents do not cover all ways of doing fax-to-email or email-to-fax, but, rather,

12  cover only particular ways those services can be offered, and that there can be

13  situations where someone offers an email-to-fax or a fax-to-email service that does

14  not infringe j2's patents.

15      32.   Intermedia has not purchased Fax2Mail services from EasyLink or

16  OpenText, on information and belief in reliance on j2's intentional

17  misrepresentation that no other company than j2/eFax can legally provide email-to-

18  fax services.

19      33.   j2's intentional misrepresentation to Intermedia has harmed EasyLink

20  and OpenText by causing the loss of their prospective business relationship with

21  Intermedia and with all other customers or prospective customers to whom j2 has

22  made the same or substantially similar misrepresentations.

23  ### FOURTH CLAIM FOR RELIEF

24  **(Unfair Competition under Cal. Bus. & Prof. Code § 17200)**

25      34.   Defendants incorporate by reference the preceding paragraphs as

26  though fully set forth herein.

27      35.   j2's conduct described above in paragraphs 18-33 constitutes a

28  business act and practice that is unfair, unlawful and fraudulent within the meaning

1  of California Business and Professions Code § 17200.

2      36.    Consumers of email-to-fax services are likely to be deceived by

3  statements such as that made by j2 to Intermedia because such consumers lack

4  information and expertise regarding the nature and scope of patent rights and the

5  progress and positions taken by j2 in litigation relating to j2's patents.

6  **EXCEPTIONAL CASE 35 U.S.C. § 285**

7      37.    This case is exceptional as defined by 35 U.S.C. § 285, and the

8  Defendants are entitled to their attorneys' fees and costs in defending this action.

9  **PRAYER FOR RELIEF**

10      38.    WHEREFORE, Defendants and Counter-Claimants ask the Court to

11  enter judgment in its favor and grant the following relief:

12      39.    Dismissing, with prejudice, the entirety of j2's Complaint;

13      40.    Denying all remedies and relief sought in j2's Complaint;

14      41.    Declaring that the Defendants have not infringed, and are not

15  infringing any claim of the '980 patent, either directly or indirectly, literally or

16  under the doctrine of equivalents, and that the Defendants have not contributed to,

17  nor induced infringement thereof;

18      42.    Declaring the claims of the '980 patent to be invalid and void in law;

19      43.    Awarding Defendants compensatory damages in an amount to be

20  proven at trial for j2's tortious interference with prospective business advantage and

21  damages for j2's unfair competition;

22      44.    Finding this to be an exceptional case and awarding the Defendants

23  their costs, attorneys' fees, and expenses pursuant to 35 U.S.C. § 285;

24      45.    Awarding the Defendants exemplary and punitive damages for j2's

25  tortious interference with Defendants' prospective business advantage; and

26  //

27  //

28  //

1    46.    Granting all such other and further relief as the Court may deem just

2  and proper.

3

4  DATED:  October 26, 2012

5                                                    By: _____

6                                                    Grant Kinsel (Bar No. 172407)
                                                     gkinsel@perkinscoie.com
7                                                    Gigi C. Hoang (Bar No. 241182)
                                                     ghoang@perkinscoie.com
8                                                    PERKINS COIE LLP
                                                     1888 Century Park East, Suite 1700
9                                                    Los Angeles, CA 90067-1721
                                                     Telephone:  310.788.9900
10                                                   Facsimile:  310.788.3399

11
                                                     Timothy J. Carroll (pro hac vice pending)
12                                                   tcarroll@perkinscoie.com
                                                     Matthew F. Carmody (pro hac vice pending)
13                                                   mcarmody@perkinscoie.com
                                                     PERKINS COIE LLP
14                                                   131 South Dearborn Street, Suite 1700
                                                     Chicago, IL 60603
15                                                   Telephone:  312.324.8400
                                                     Facsimile:  312.324.9400
16

17                                                   David J. Palmer (Bar No. 217901)
18                                                   dpalmer@perkinscoie.com
                                                     PERKINS COIE LLP
19                                                   2901 N. Central Avenue, Suite 2000
                                                     Phoenix, AZ  85012
20                                                   Telephone:  602.351.8000
                                                     Facsimile:  602.648.7036
21

22
                                                     Attorneys for Defendants/ Counterclaimants
23                                                   OPEN TEXT CORPORATION and
                                                     EASYLINK SERVICES INTERNATIONAL
24                                                   CORPORATION

25

26

27

28

EXHIBIT A



US006597688B2

(12) **United States Patent**
Narasimhan et al.

(10) Patent No.: **US 6,597,688 B2**
(45) Date of Patent: *Jul. 22, 2003

(54) **SCALABLE ARCHITECTURE FOR TRANSMISSION OF MESSAGES OVER A NETWORK**

(75) Inventors: **Anand Narasimhan**, Beverly Hills, CA (US); **Yaacov Shemesh**, Los Angeles, CA (US); **Amit Kumar**, Los Angeles, CA (US)

(73) Assignee: **j2 Global Communications, Inc.**, Hollywood, CA (US)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/097,307**

(22) Filed: **Jun. 12, 1998**

(65) **Prior Publication Data**

US 2002/0181496 A1 Dec. 5, 2002

(51) Int. Cl.[7] ............................................. **H04L 12/56**
(52) U.S. Cl. ........................ **370/353**; 370/465; 370/355; 370/356; 379/220.01
(58) Field of Search ................................. 370/237, 242, 370/252, 352, 353, 360, 389, 401, 465; 379/112, 114, 200, 220; 709/206, 228

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,941,170 A | 7/1990 | Herbst | |
| 5,193,110 A | 3/1993 | Jones et al. | |
| 5,339,156 A | 8/1994 | Ishii | |
| 5,406,557 A | * 4/1995 | Baudoin ...................... 370/61 |
| 5,487,100 A | 1/1996 | Kane | |
| 5,604,788 A | 2/1997 | Tett | |
| 5,608,786 A | 3/1997 | Gordon | |
| 5,675,507 A | 10/1997 | Bobo, II | |
| 5,712,907 A | 1/1998 | Wegner et al. | |
| 5,740,231 A | 4/1998 | Cohn et al. | |
| 5,742,668 A | 4/1998 | Pepe et al. | |
| 5,742,905 A | 4/1998 | Pepe et al. | |

| | | | |
|---|---|---|---|
| 5,758,088 A | 5/1998 | Bezaire et al. | |
| 5,765,033 A | 6/1998 | Miloslavsky | |
| 5,812,786 A | * 9/1998 | Seazholtz et al. ...... 395/200.63 |
| 5,870,454 A | 2/1999 | Dahlen | |
| 5,999,594 A | 12/1999 | Mizoguchi et al. | |
| 5,999,965 A | * 12/1999 | Kelly ......................... 709/202 |
| 6,025,931 A | 2/2000 | Bloomfield | |
| 6,073,165 A | * 6/2000 | Narasimhan et al. ....... 709/206 |
| 6,208,638 B1 | * 3/2001 | Rieley et al. ............... 370/354 |
| 6,215,858 B1 | 4/2001 | Bartholomew et al. | |
| 6,246,983 B1 | 6/2001 | Zou et al. | |
| 6,259,533 B1 | 7/2001 | Toyoda et al. | |
| 6,263,064 B1 | 7/2001 | O'Neal et al. | |
| 6,330,079 B1 | 12/2001 | Dugan et al. | |
| 6,339,591 B1 | 1/2002 | Migimatsu | |
| 6,341,160 B2 | 1/2002 | Tverskoy et al. | |
| 6,356,356 B1 | 3/2002 | Miller, Jr. et al. | |

OTHER PUBLICATIONS

L. Orozco–Barbosa, D. Makrakis, C.H. Yang, and N.D. Georganas, Design and performance evaluation of intelligent multimedia services, Computer Communications 20 (1997) pp. 219–232.*

* cited by examiner

*Primary Examiner*—Hassan Kizou
*Assistant Examiner*—Thai Hoang
(74) *Attorney, Agent, or Firm*—Blakely Sokoloff Taylor & Zafman

(57) **ABSTRACT**

A system for supporting a message delivery service, a method for supporting such a service and a machine accessible medium containing program data for implementing such a system. A number of processing servers are coupled to communicate with a number of outbound resources and a database server over an internal packet-switched data network. The database server contains account information on customers of the service. Request messages received from a customer over an external packet-switched data network are stored in a queue of a processing server. A router filter obtains a request message from the queue and validates a customer associated with the request message, after accessing the database server. A determination is made as to which of the multiple outbound resources to assign the request message. Each of these resources is capable of converting an input request message into a format capable of being received by a fax machine over a telephone network.

**27 Claims, 8 Drawing Sheets**



**U.S. Patent**     Jul. 22, 2003     Sheet 1 of 8     US 6,597,688 B2



# FIG. 1
## (PRIOR ART)



FIG. 2



**FIG. 3**



FIG. 4A



FIG. 4B



# FIG. 5

**Exhibit A Page 15**



**FIG. 6**



**FIG. 7**

US 6,597,688 B2

**1**

## SCALABLE ARCHITECTURE FOR TRANSMISSION OF MESSAGES OVER A NETWORK

### BACKGROUND OF THE INVENTION

The present invention relates to the field of message receipt/transmission and delivery using computer, phone, wireless and other communications networks. Specifically, the present invention relates to the transmission of e-mail messages which may be text only, text plus an audio file, text plus a video file, text plus a fax file or any combination thereof to a phone, pager or fax machine or other receiving device suitable for the message content, over appropriate communications networks using an architecture which enables easy expansion to handle additional message traffic as well as to connect to additional communications networks, including networks which do not presently exist which may become available in the future.

### DESCRIPTION OF RELATED ART

Voice and data communications systems such as the public switched telephone network (PSTN) are currently used to transfer image and text data transmitted by facsimile ("fax") machines in addition to the normally carried voice traffic. These faxed images are usually transmitted through the PSTN and received for printout or storage of the image on a destination fax machine or computer for the use by the recipient.

In U.S. Pat. No. 6,208,638 entitled Method and Apparatus for Transmission and Retrieval of Facsimile and Audio Messages Over a Circuit or Packet Switched Network, it is disclosed that to provide for the receipt and transmission of audio and fax information by a first user over a circuit switched network such as the public switched telephone network (PSTN) to a second user over a packet switched network such as the Internet, a communications server is connected both to the circuit switched network and a packet switched network.

The communications server contains resources to receive and process incoming audio and facsimile calls from the circuit switched network into a format suitable for transmission over the packet switched network to the second user's address. In addition, a link is first determined between the second user's address on the circuit switched network and the second user's address on the packet switched network, and then an appropriate route to the second user's address on the packet network is determined. With the system being maintained in a distributed and redundant fashion, reliable receipt and transfer of all messages is ensured.

However, the architecture utilized as described in U.S. Pat. No. 6,208,638 is not easily scalable to handle increasingly higher levels of message traffic or to easily connect to networks in addition to the PSTN and the Internet. FIG. 1 shows the essence of the architecture of U.S. Pat. No. 6,208,638. An e-mail message is passed to an outbound resource 11 (communications server 550 in U.S. Pat. No. 6,208,638) which converts the e-mail message to a fax format or to audio for transmission to a fax machine or telephone connected to the PSTN. A database 13 stores customer information necessary for processing of messages

**2**

(an unnumbered part of communications server 150 in U.S. Pat. No. 6,208,638 which is also contained in database server 195 in U.S. Pat. No. 6,208,638). After processing of an e-mail message by outbound resource 11, a fax or voice mail message is sent over the PSTN or more generally, a generalized switched telephone network (GSTN) which includes cellular telephone networks as well as the PSTN. Optionally, a pager message may also be sent informing a user of the fax which has been sent or availability of a voice mail message as described in U.S. Pat. No. 6,073,165 entitled Processing and Forwarding Messages From a Computer Network to a Forwarding Service.

### SUMMARY OF THE INVENTION

A system for supporting a message delivery service is described that has a highly scalable architecture. Multiple processing servers are each coupled to communicate with multiple outbound resources and with a database server over an internal packet-switched data network. The database server contains account information on customers of the service. Request messages received from a customer over an external packet-switched data network (such as the Internet) are stored in a queue. The queue is polled for pending requests and a request message is obtained therefrom. A customer associated with this obtained request message is validated after accessing the account information in the database server. An outbound resource is assigned to this request message, where each of these resources is capable of converting an input request message into a format capable of being received by a fax machine over a telephone network.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a prior art architecture which performs the functions, but not the scalability of the architecture of the present invention.

FIG. 2 is a block diagram illustrating the architecture of the present invention.

FIG. 3 is a block diagram showing the data/control flow through message queue 21, router/filter 23 and database 27.

FIG. 4 (4a and 4b) is a flow diagram of the processing performed by router/filter 23.

FIG. 5 is a system diagram of a network containing a message server.

FIG. 6 is a block diagram illustrating the message server.

FIG. 7 is a flow diagram illustrating some operations.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a method and apparatus for allowing the receipt and transmission of audio, video and fax information between a circuit switched network and a packet switched network. For purposes of explanation, specific embodiments are set forth to provide a thorough understanding of the present invention. However, it will be understood by one skilled in the art, that the invention may be practiced without these details. Further, although the present invention is described through the use of circuit switched and packet switched networks, most, if not all, aspects of the invention apply to all networks in general. Moreover, well-known elements, devices, process steps and

US 6,597,688 B2

3

the like are not set forth in detail in order to avoid obscuring the present invention.

Referring now to FIG. 2, e-mail messages for a customer are sent to/through an external data network 15 (e.g., the Internet) and routed to an appropriate SMTP/HTTP (or SHTTP) server 17 as determined by a domain name server (DNS) 18 according to well known techniques. The e-mail message may be a text message or it may include a file, the content of which may be audio, video or bitmapped (e.g., a fax) or other data. Again, the techniques for creating and sending e-mail messages with these characteristics are well known.

A processing server 19, which includes a message queue 21 and a router/filter 23 first verifies that the message is from or is to a customer using information in database 27. After successful verification, the message is broken into fragments (in the case of files with multiple attachments) and written to message queue 21. Router/filter 23 obtains messages from the message queue and handles least call routing/billing/prioritization/filtering of messages. Filtering is primarily for notification messages for pager delivery. After billing verification and determination of a least cost route, the message is assigned to one or more outbound resources 31 for

4

delivery to the intended recipient by a method or methods selected by the customer as previously recorded in database 27.

In the case of faxes, the outbound resource is a server which dials the destination fax number and sends the fax.

In the case of voice messages, the outbound resource is a server which dials the destination telephone number and plays the voice message.

In the case of notification messages, the outbound resource is a server which dials out to the paging terminal or delivers the notification message through any appropriate paging gateway.

After the message (in whatever form) has been delivered, a receipt with details and an error log (if any) is sent back via a secure protocol to the message queue 21.

The receipt/error log messages are then processed by the router/filter which interfaces with a billing system (not shown) for customer account update.

FIG. 3 is a block diagram showing the data/control flow through message queue 21, router/filter 23 and database 27 using information contained in the following tables as explained with reference to FIGS. 4a and 4b.

TABLE 1

| Message Queue Table | |
|---|---|
| MESSAGE_ID | This is a unique number assigned to each message that arrives in the system. |
| RESOURCE_ID | Unique number assigned to each Outbound Resource |
| RESOURCE_TYPE | Each Resource is identified by the type of messages it can deliver (e.g., FAX, VOICE, NOTIFY, etc.) |
| RESOURCE_ADDRESS | Location of the Resource (such as IP address) |
| MESSAGE_TO_EMAIL_ADDRESS | To: address of the message |
| MESSAGE_FROM_EMAIL_ADDRESS | From: address of the message |
| MESSAGE_LOCATION | Location of actual message on the Message Queue 21 |
| MESSAGE_SIZE | Size of the message in bytes |
| MESSAGE_PRIORITY | Priority of the message (e.g., low, medium, high) |
| MESSAGE_CREATION_DATE | Timestamp identifying the date/time that the message was received by the system |
| MESSAGE_EXPIRY_DURATION | Amount of time after which the message becomes stale |
| MESSAGE_SCHEDULED_DATE | Scheduled delivery timestamp for the message |
| MESSAGE_STATUS | Current status of the message (Active, Pending, Sent, etc.) |
| MESSAGE_ESTIMATED_COST | Estimated cost for the delivery of the message |
| CUSTOMER_KEY | Unique number identifying the customer in the database |
| MESSAGE_PART_OF_BROADCAST | Flag identifying if the message is part of a larger broadcast list waiting to be delivered |
| BROADCAST_ID | Unique number identifying a broadcast list |
| COVERPAGE_ID | Unique number identifying a coverpage (if any) for a fax |
| MESSAGE_SUBJECT | Subject line of the message to be delivered |
| MESSAGE_DURATION | Duration of the message (delivery time of fax, or delivery time for a voice message, etc.) |
| MESSAGE_RATE | Rate for message delivery (dollars per second, etc.) |
| MESSAGE_SEND_DATE | Actual timestamp identifying when the message was delivered |
| MESSAGE_REMOTE_CSID | Identifier of the fax machine to which a FAX message was delivered |
| MESSAGE_TYPE | Type of message (e.g., FAX, VOICE, NOTIFICATION, etc.) |
| RESOURCE_COMMUNICATION_TYPE | Protocol used to communicate with the resource (HTTP, SHTTP, etc.) |
| MESSAGE_LANGUAGE_CODE | Language used for delivery of a receipt or response, based on settings in the customer table |
| MESSAGE_PAGES | Number of pages of a message (used primarily for a fax) |

US 6,597,688 B2

5 | 6

**TABLE 2**

| File Type Table | |
| --- | --- |
| FILETYPE_MESSAGE_TYPE | Identifier of a message type (FAX, VOICE, etc.) |
| FILETYPE_RESOURCE_TYPE | Identifier to determine a resource that can handle a particular file type |
| FILETYPE_EXTENSION | The filename extension that identifies a file type (e.g., WAV, TIF, JFX, AU, GSM, etc.) |

**TABLE 3**

| Customer Table | |
| --- | --- |
| CUSTOMER_KEY | Unique number identifying a customer in the database |
| FIRSTNAME | First name of customer |
| LASTNAME | Last name of customer |
| COMPANY | Company name of customer |
| ADDRESSLINE1 | Company address |
| ADDRESSLINE2 | Company address |
| CITY | Company city |
| MAILREGION | Company state or equivalent |
| MAILCODE | Zipcode or equivalent |
| COUNTRY | Company country |
| WORKNUMBER | Customer work phone number |
| HOMENUMBER | Customer home phone number |
| EMAILADDRESS | Email address of customer |
| COLLECTIONMETHOD | Collection method such as Credit card, Debit, etc. |
| BILLTYPE | e.g., Customer, Demo, free, corporate, etc. |

**TABLE 5**

| Notification Table | |
| --- | --- |
| CUSTOMERKEY | Unique number identifying a customer in the database |
| PAGERTYPECODE | Code to determine the kind of pager service |
| BBSNUMBER | Modem number for pager notification delivery, based on the pager type |
| PAGERNUMBER | Identifier number of the pager unit |
| PIN | PIN code for the pager unit |
| DISPLAYTYPE | Display type of the pager (numeric, alphanumeric, etc.) |

**TABLE 6**

| Response_email Table | |
| --- | --- |
| RESPONSE_ID | Unique ID for a response/receipt message to be sent to a customer |
| RESPONSE_SUBJECT | Subject line of the response message |
| RESPONSE_FROM_EMAIL | From: line of the response message |
| RESPONSE_BODY | Actual text of the response message |

**TABLE 7**

| Resource Table | |
| --- | --- |
| RESOURCE_ID | Unique identifier for the resource |
| RESOURCE_TYPE | Type of resource (FAX, VOICE, etc.) |
| RESOURCE_STATUS | Status of resource (Active, Inactive, etc.) |
| RESOURCE_QUEUE_STATUS | Status of the Queue, number of messages in queue |
| RESOURCE_TIME_ZONE | Time zone for the resource |
| RESOURCE_QUEUE_MAX | Maximum size of the resource queue |
| RESOURCE_ADDRESS | Address of the resource (IP address, etc.) |
| RESOURCE_NAME | Name of the resource |
| RESOURCE_EXPIRY_DURATION | Expiry duration for any message sent to the specified resource |
| RESOURCE_QUEUE_IN_STATUS | Number of messages waiting to be delivered by the resource |
| RESOURCE_COMMUNICATION_TYPE | Method used to communicate with resource (HTTP, SHTTP, etc.) |

**TABLE 3-continued**

| Customer Table | |
| --- | --- |
| STATUS | Status of customer, Active, Inactive, etc. |
| LANGUAGECODE | Language of customer, English, German, etc. |
| CURRENCYCODE | Currency for billing the customer, U.S. Dollars, Pound Sterling, etc. |

**TABLE 4**

| Currency Table | |
| --- | --- |
| FORMAT | Currency label |
| CURRENCY_SYMBOL | Symbol for currency |

**TABLE 8**

| Resource Rates Table | |
| --- | --- |
| RESOURCE_ID | Unique identifier for the resource |
| RESOURCE_PREFIX | Any digits to be dialed before an actual number |
| RESOURCE_CITY_NAME | Name of destination city for the message to be delivered |
| RESOURCE_PROVIDER_RATE | Rate for a particular city (dollars per second, etc.) |
| RESOURCE_MAX_DIGITS | Max number of digits allowed to be dialed |
| RESOURCE_AREA_CODE | Area code for the particular city |

FIGS. 4a and 4b are a flow diagram of the processing performed by router/filter 23 using Tables 1–8. When a message is received it is placed into message queue 21 which is simply a storage area, the specifics of which,

US 6,597,688 B2

7

including the mechanism for placing the message into the queue are well known. Certain details concerning the message are also stored in a message queue table (Table 1). In step 41, router/filter, which is a computer program running on processing server 19, polls the message queue table for pending requests as determined by the existence of an active message in the message status field. If no message is found, after a system defined delay, the message queue table is again polled (step 43). Once a message has been found in the table, processing continues with step 45 by determining the message type using the message_type field in Table 1 and the file type information in Table 2. The customer is then validated using information in Table 3 in step 47. In step 49, currency information for the customer is obtained from Table 4. The message is then filtered for possible pager notification using the information in Table 5 in step 51. In step 53, Table 7 is used to check for available resources to deliver the message. In step 55, the rates of available resources are checked to determine the least cost resource using Table 8. Then in step 59, the message is delivered using the determined least cost resource. After the message has been delivered, or after an error in the delivery has occurred, in step 59, a response/receipt is composed using Table 6. In step 61, the response or receipt is delivered to the sender. The system then begins the process over again at step 41.

As noted above outbound resource 31 is equivalent to communications server 150 as described in U.S. Pat. No. 6,208,638. The modifications made to outbound resource to enable it to operate in a system having an architecture as described herein are as follows.

These changes will be described with reference to the message structure of received messages.

Message Structure

Each field has a value following an '=' sign and is terminated by a newline character. The exception to this is the "Message" field where a newline immediately follows the '=' sign and the actual message follows on the next line.

The fields of a message are as follows:

Password=
MessageID=
MessageStatus=
MessageSentTimeStamp=
MessageDuration=
MessageLength=
MessageRemoteCSID=
MessageSourceCSID=
MessageAttachStatus=
MessageDestination=
ResourceID=
ResourceStatus=
ResourceLastCommTimeStamp=
ResourceExpiryDuration=
ResourceQueueInStatus=
ResourceQueueOutStatus=
ResourceChannelMax=
ResourceChannelStatus=
MessageBoundary=
Message=

8

In the following explanation of the above fields, the text in brackets at the end indicates the entity providing the value for the field in the forward/reverse direction (i.e., from router/filter 23 (RF) to outbound resource 31 (RESOURCE), and from RESOURCE to RF, respectively). "NA" indicates that no value is applicable, and the text "NA" is used to populate the field. "Same" indicates that the same value is used in the reverse direction, i.e., the RESOURCE does not modify the value; it only echoes the value it receives in that field.

Password—There is a fixed password pair for each RESOURCE and RF combination. RESOURCE stores the RF password in a flat text password file in a directory (jfaxom), and RF stores the RESOURCE password in the database. (RF/RESOURCE).

MessageID—Unique ID, per message, generated by RESOURCE. (RESOURCE/Same).

MessageStatus—Code indicating current status of the message. See Status codes below. (RF/RESOURCE)

MessageSentTimeStamp—Time stamp indicating date/time the message was delivered to the final destination by RESOURCE. (NA/RESOURCE)

MessageDuration—Time (in seconds) to transmit message from RESOURCE. (NA/RESOURCE)

Messagelength—Number of pages transmitted by RESOURCE. (NA/RESOURCE)

MessageRemoteCSID—called subscriber identification (CSID) of fax machine to which message was transmitted. (NA/RESOURCE)

MessageSourceCSID—Source CSID. This may be customized per customer. (RF/Same)

MessageAttachStatus—Value of "A" indicates a message is attached for delivery. (RF/RESOURCE)

MessageDestination—Destination phone number. (RF/Same)

ResourceID—Unique ID, per resource, stored in the database. (RF/Same)

ResourceStatus—Code indicating the current status of the resource, i.e., whether it is active or not. RF uses this to determine whether further messages should be sent to RESOURCE for delivery. See Status codes below. (NA/RESOURCE)

ResourceLastCommTimeStamp—Date/time of last communication between RF and RESOURCE. (RF/RESOURCE)

ResourceExpiryDuration—Life of message (in minutes) on RESOURCE. If a message has not been delivered to the final destination by RESOURCE within this amount of time, the message is considered "expired" and is discarded.

ResourceQueueInStatus—Number of messages waiting to be processed in an Inbox directory on RESOURCE. (NA/RESOURCE)

ResourceQueueOutStatus—Number of messages waiting to be processed in an Outbox directory on RESOURCE. (NA/RESOURCE)

ResourceChannelMax—Number of channels available for use on RESOURCE. (NA/RESOURCE)

ResourceChannelStatus—Channel activity status, e.g., 0000000111000001, where 0's indicate an idle channel and 1's indicate a busy channel. (NA/RESOURCE)

MessageBoundary—Text for MIME boundary. (RF/NA)

Message—Actual MIME message sent by RF. If MessageAttachStatus=NA, no message follows this tag. All fields are NA if not used.

Date fields are expressed in MMDDYYhhmmss format.

US 6,597,688 B2

9

Resource Status Codes are:

A—Active

I—Inactive

Message Status Codes are:

P—Pending

H—On Hold

D—Deferred

R—Ready for sending to RESOURCE

X—Exchanged, i.e., sent to RESOURCE but not acknowledged by it.

A—Sent to RESOURCE and acknowledged by it.

S—Sent (i.e., receipt for final delivery received from RESOURCE)

Normal sequence for Message delivery by RESOURCE is:

RF receives a request in its queue (message queue 21).

RF sends the message to RESOURCE.

RESOURCE gets message, authenticates password, and creates a new message in the Inbox directory.

RESOURCE acknowledges receipt of message.

RESOURCE processes the message in Inbox (MessageStatus=A, MessageAttachStatus=A).

RESOURCE moves message to a Process directory for further processing.

RESOURCE finishes processing message and delivers it to final destination.

RESOURCE removes the message from the Process directory.

RESOURCE creates a message in Outbox directory. (MessageStatus=S). If a "reply message" is to be delivered to the original sender, MessageAttachStatus=A, else MessageAttachStatus=NA. MessageID remains the same in either case.

RESOURCE delivers receipt (with "reply message," if applicable) to RF.

RF receives the message and puts it in the Queue for database processing.

Processing server 19 with the above described functionality may be implemented using readily available systems such as a Windows NT server or a UNIX server. Database 27 may be implemented as a database server using readily available systems such as a Windows NT server or a UNIX server running, for example a SQL database.

What follows is a detailed description of FIGS. 5–7 which set forth a method and apparatus for allowing the receipt and transmission of audio and fax information between a circuit switched network and a packet switched network, as described in U.S. Pat. No. 6,208,638. For purposes of explanation, specific embodiments are set forth to provide a thorough understanding of the present invention. However, it will be understood by one skilled in the art, from reading this disclosure, that the invention may be practiced without these details. Further, although the system is described through the use of circuit switched and packet switched networks, most, if not all, aspects apply to all networks in general.

FIG. 5 contains a block diagram illustrating an embodiment of a system containing a communications server 550 connected to a circuit switched network 530 and a wide area network (WAN) 580. In an embodiment, the circuit switched network 530 is a circuit switched network such as the PSTN

10

while WAN 580 is a packet switched network such as the Internet. It is to be noted that circuit switched network 530 can also be a network such as the generalized switched telephone network (GSTN), which encompasses PSTN networks, cellular telephone networks, and the other networks with which they are in communication.

Communications server 550 is connected to circuit switched network 530 via a switch 540 and to WAN 580 through the use of a router 585. As described in further detail below, in an embodiment, switch 540 and router 585 are interfaced to communications server 550 using two separate hardware interfaces. In an alternate embodiment, switch 540 and router 585 can be interfaced to communications server 550 through the use of one hardware unit.

Connected to circuit switched network 530 is both a telephone unit 510 and a facsimile unit 520. Telephone unit 510 is a standard telephone capable of converting audio signals into electrical signals suitable for transmission over circuit switched network 530. Similarly, facsimile unit 520 is a standard facsimile machine capable of transmitting and receiving facsimile messages over circuit switched network 530. Each of these devices can be connected to circuit switched network 530 using either wired or wireless technology.

Connected to WAN 580 is a database server 595, a system management unit 597, a mail server 560, and a client 590. Each of these systems communicate with each other and with communications server 550 via WAN 580 using such protocols such as simple network management protocol (SNMP) and hyper-text transport protocol (HTTP)—packetized using a protocol such as the transmission control protocol/internet protocol (TCP/IP).

In an embodiment, each one of database server 595, system management unit 597, mail server 560, and client 590, are stand-alone computers or workstations containing the hardware and software resources to enable operation. In alternate embodiments, the functions provided by each one of database server 595, system management unit 597, mail server 560, and client 590, are provided by any number of computer systems.

In an embodiment, mail server 560 is a server providing e-mail receipt and transmission using a protocol such as the simple mail transfer protocol (SMTP) and post office protocol (POP). Moreover, client 590 is configured to be able to communicate over WAN 580 using SMTP or POP in order to retrieve e-mail from mail server 560 or another suitably configured server.

System management unit 597 communicates with communications server 550 to monitor: (1) the processes on communications server 550; (2) the status of the trunk line connected to communications server 550; and (3) the connection between the various servers connected to WAN 580. As described below, if any processes on communications server 550 or connection to the circuit switched network 530 is interrupted, system management unit 597 can allocate resources, or cause the re-routing of a call or message via one or more redundant resources or connections, ensuring that the call or message is routed to the final destination.

Communications server 550 contains user data needed to receive and route incoming messages received from circuit switched network 530. The same information is also stored

US 6,597,688 B2

11

on database server 595. In an embodiment, communications server 550 stores an inbound address, a set of final destination addresses; and an account status for each user. The inbound address corresponds to the telephone number assigned to the user. As further discussed below, the inbound address is the number that a message sender dials on telephone unit 510 or facsimile unit 520 to leave a message for the user. The set of final destination address contain one or more e-mail addresses where the user account status information indicates whether the inbound address is either active and or inactive—i.e, whether the user is able to receive messages using the system.

Database server 595 stores a duplicate copy of the inbound address, the set of final destination addresses; and the account status for each user. Database server 595 also stores additional information for each user such as mailing address and billing information which are not used in the operation of the present invention but are note herein for completeness only. Thus, the information that is stored on communications server 550 is a subset of the information that is stored on database server 595, and if communications server 550 were to become inoperable or otherwise unable to handle incoming messages, database server 595 can configure another communications server to accept those calls.

In an embodiment, system management unit 597 is responsible for monitoring the status of communications server 550 and re-assigning the users being handled by communications server 550 if communications server malfunctions or becomes overloaded with incoming calls. In the former case, system management unit 597 would re-assign all users being handled by communications server 550 to another communications server. In the latter case, system management unit 597 would only off-load the only those incoming calls for which communications server 550 does not have the available resources to process.

FIG. 6 is a block diagram of communications server 550 configured in accordance with an embodiment containing a processor 651 coupled to a memory subsystem 653 through the use of a system bus 655. Also coupled to system bus 655 is a network interface 656; a trunk interface 652; and a set of fax/voice processing resources 654. Set of fax/voice processing resources 654 and trunk interface 652 are also coupled to a bus 657.

Bus 657 is a bus that supports time division multiplex access (TDMA) protocols to optimize the flow of real time traffic between set of fax/voice processing resources 654 and trunk interface 652.

Memory subsystem 653 is used to store information and programs needed by communications server 550. The functioning of memory subsystems in computer design are well known to those of ordinary skill in the art and thus will not be further discussed herein.

In an embodiment, trunk interface 652 is a trunk line interface, such as a T-1 or E-1 line, to switch 540 and can handle up to 24 channels of communications. Trunk line signaling is well known to those of ordinary skill in the art of telecommunication and thus will not be further discussed herein except as necessary for describing the invention.

Set of fax/voice processing resources 654 are made up of multiple fax/voice processing cards. Each of these process-

12

ing cards contain processing units which are capable of receiving and transmitting facsimiles according to established protocols, and which are capable of digitizing voice or other audio data, also according to established protocols. In an embodiment, there are three fax/voice processing cards in set of fax/voice processing resources 654, each fax/voice processing card containing eight processing units capable of handling a channel from trunk interface 652. Thus, communications server 550 can communicate on twenty-four channels concurrently.

The storage of destination addresses on both circuit switched network 530 and WAN 580 is controlled by a database located either on communications server 550 or on database server 595. Keeping this information separate from communications server 550 allows communications server 550 to be a resource that can be allocated on demand. Hence, a number of communications servers could be used, along with one or more database servers, to allow a fully redundant and scalable system. In addition, system management unit 597 monitors the status and connection of all the communication and database servers.

FIG. 7 is a flow diagram illustrating the operations of an embodiment of the present invention when a call originating from a source on the circuit switched network 530. For example, either telephone unit 510 or facsimile unit 520 can initiate the call.

In block 700, an incoming call signal is received by communications server 550 from switch 540. The incoming call signal is initiated by telephone unit 510 or facsimile unit 520 over circuit switched network 530 and is routed to communications server 550 via switch 540. Communications server 550 detects the incoming call signal using trunk interface 652. Operation would continue with block 702.

Continuing with block 702, trunk line interface unit 652, in addition to receiving signals to indicate that there is an incoming call from switch 540, also receives signals indicating the circuit destination address of the incoming call. The destination address is captured by trunk line interface 652 and is determined by trunk line signaling using mechanisms such as direct-inward-dial, or dual tone multifrequency (DTMF) tones.

Continuing with block 704, to determine whether or not to process the incoming call, processor 651 searches the list of inbound addresses contained in memory subsystem 653 for the destination address. If processor 651 finds the destination address in the inbound address list, processor 651 will then look up the account status for the user who owns the inbound address to determine if the account of that user is a valid user account. In an alternate embodiment, the validation is performed through the use of a database maintained by a separate entity such as database server 595. If the account is found to be inactive, communications server 651 will play a prepared message indicating that the number to which the incoming message was sent is an invalid account.

In block 706, once the validity of the user account has been established, processor 651 will attempt to allocate one fax/voice processing resource from set of fax/voice processing resources 654 and also determine the availability of other resources required for the receipt and processing of the incoming call. These other resources include the processing

US 6,597,688 B2

**13**

capacity of processor 651, the storage capacity of memory subsystem 653.

If it is determined that the appropriate resources are not available, then the call will be routed to a different communications server that is capable of allocating the necessary resources. The routing of calls is accomplished by trunk line signaling via switch 540 and is managed by system management unit 597.

Also, it should be noted that the call will only come from switch 540 to communications server 550 if there are no problems with the line. Otherwise the call will get routed to a different communications server. In an embodiment, fault detection and correction happens in one of two ways. First, on the telephone network side, switch 540 can be set up to independently route a call to another line if it is determined that one of the lines is bad. Second, if communications server 550 detects that the trunk line coming into trunk interface 652 is down, communications server 550 will notify system management unit 597 to reallocate the users for whom communications server 550 is responsible onto another communications server. Thus, system management unit 597 will transfer the duplicate user information contained in database server 595 into a different communications server.

In block 708, communications server 550 "answers" the incoming call by having trunk interface 652 go "off-hook" on the trunk line.

In block 710, if the fax/voice processing resource of set of fax/voice processing resources 654 which is processing the call determines that the incoming call is a fax transmission, then operation will continue with block 712. Otherwise, operation will continue with block 714. For example, if the call is a fax, a fax protocol is initiated, and the fax is received by one of the fax/voice processing resources of set of fax/voice processing resources 654. If the call is a voice call, the voice is recorded by one of the fax/voice processing resources of set of fax/voice processing resources 654.

In block 712, the fax/voice processing resource of set fax/voice processing resources 654 responsible for processing the incoming call will perform the fax transfer and store the incoming message as a temporary file in memory subsystem 653. In an embodiment, the incoming fax is saved into a file which follows the group 3 facsimile file format. Operation will then continue with block 716.

In block 714, where it is determined that the incoming message is an audio message, the fax/voice processing resource of set of fax/voice processing resources 654 allocated to process the call will initiate an audio recording of the incoming voice message. In an embodiment, the audio message is digitized and stored in memory subsystem 653 as a temporary file in a pulse code modulated format. After the incoming call has been digitized and stored, operation will then continue with block 716.

In block 716, trunk interface 652 will terminate the call. Operation will then continue with block 718.

In block 718, the incoming message, which has been stored as a temporary file in memory subsystem 653, is processed by processor 651. In an embodiment, the temporary file is processed according to the type of the incoming call. If the incoming call was a fax transmission, then the temporary file, which has been stored as a group 3 facsimile

**14**

file, will be converted into a file which follows the tagged image file format (TIFF), or a format that is suitable for transmission over WAN 580. Optionally, the temporary fax file can also be compressed at this stage. If the incoming call was an audio message, then the temporary file would be compressed using a compression scheme such as the scheme defined in the global system for mobile-communications (GSM) standard. In alternate operations, compressing and other processing of the incoming message is performed as the same time the incoming message is being received and being placed in memory subsystem 653.

In block 720, communications server 550 uses the inbound address to determine the set of final destination addresses, which are destinations on WAN 580 (i.e., the packet switched network), to send the processed incoming message. Communications server 550 then sends an electronic mail (e-mail) with the processed incoming message as an attachment to all the destinations in the set of final destination addresses.

For example, the e-mail containing the attachment is transferred to and stored in, a server such as mail server 560, The e-mail is then retrieved by client 590 whenever the user wishes. In an alternate embodiment, client 590 can retrieve the e-mail directly from communications server 550, without the storing operation of mail server 560.

While the present invention has been particularly described with reference to the various figures, it should be understood that the figures are for illustration only and should not be taken as limiting the scope of the invention. Many changes and modifications may be made to the invention, by one having ordinary skill in the art, without departing from the spirit and scope of the invention.

What is claimed is:

1. A system for supporting a message delivery service, comprising:

a plurality of processing servers each being coupled to communicate with a plurality of first outbound resources and a database server, over an internal packet-switched data network, the database server containing account information on customers of the message delivery service, each processing server implements a router-filter and a message queue,

the message queue to store request messages that are received from a customer of the message delivery service over an external packet-switched data network,

the router-filter to obtain a request message from the queue while polling the queue for pending requests, validate a customer associated with said request message after accessing the account information in the database server, and determine to which of the plurality of first outbound resources to assign said request message,

each of the first resources being capable of converting an input request message into a format capable of being received by a fax machine over a telephone network.

2. The system of claim 1 wherein the internal data network is a private data network.

3. The system of claim 2 wherein the external data network is the Internet.

4. The system of claim 3 wherein the request messages are received from the customers via one of a mail transport protocol server and a hypertext transport protocol server on the Internet.

US 6,597,688 B2

**15**

5. The system of claim 1 wherein the router-filter is to prioritize a plurality of request messages that have been obtained from the queue and that are assigned to an outbound resource.

6. The system of claim 1 wherein the router-filter is to determine which of the plurality of first outbound resources to assign said request message to, based on which resource offers the least cost of delivering said request message.

7. The system of claim 1 wherein the router-filter is to generate an error message that indicates an error in delivering said request message as reported by the outbound resource to which said request message was assigned.

8. The system of claim 1 further comprising:

a plurality of second outbound resources each being capable of converting an input request message into a format capable of being played back to a telephone over a telephone network, wherein the router-filter is to determine to which of the first and second resources said request message is to be assigned, based on a message type of said request matching a capability of one of a first resource and a second resource.

9. The system of claim 1 further comprising:

a plurality of second outbound resources each being capable of converting an input request message into a format capable of being transmitted to a paging terminal over one of (1) a telephone network and (2) a paging gateway over an external packet-switched network, wherein the route-filter is to determine to which of the first and second resources said request message is to be assigned, based on a message type of said request matching a capability of one of a first resource and second resource.

10. An article of manufacture for supporting a message delivery system, comprising:

a machine accessible medium containing data that, when accessed by a machine, cause a plurality of processing servers to communicate with a plurality of first outbound resources and a database server all as part of an internal packet-switched data network, each processing server implements a router-filter and a message queue, the message queue to store request messages that are received from a customer of the message delivery service over an external packet switched data network, the router-filter to obtain a request message from the queue, validate a customer associated with said request message after accessing account information in the database server, and determine which of the plurality of first outbound resources to assign said request message, each of the first resources being capable of converting an input request message into a format capable of being received by a fax machine over a telephone network.

11. The article of manufacture of claim 10 wherein the medium includes further data which, when executed by the machine, cause the internal network to perform as a private data network.

12. The article of manufacture of claim 10 wherein the medium includes further data which allow the request messages to be received from a customer over the Internet.

13. The article of manufacture of claim 12 wherein the medium includes further data which allow the request messages to be received from the customer via one of a mail transport protocol server and a hypertext transport protocol server on the Internet.

14. The article of manufacture of claim 10 wherein the medium includes further data which, when executed by the

**16**

machine, cause the router-filter to prioritize a plurality of request messages that have been obtained from the queue and that are assigned to an outbound resource.

15. The article of manufacture of claim 10 wherein the medium includes further data which, when executed by the machine, cause the router-filter to determine which of the plurality of first outbound resources to assign said request message to, based on which resource offers the least cost of delivering said request message.

16. The article of manufacture of claim 10 wherein the medium includes further data which, when executed by the machine, cause the router-filter to generate an error message that indicates an error in delivering said request message as reported by the outbound resource to which said request message was assigned.

17. The article of manufacture of claim 10 wherein the medium includes further data which, when executed by the machine, cause one of the plurality of processing servers to be capable of (1) communicating with a plurality of second outbound resources each being capable of converting an input request message into a format capable of being played back to a telephone over the telephone network and (2) determining which of the first and second outbound resources to assign said request message based on a message type of said request message matching the capability of an outbound resource.

18. The article of manufacture of claim 10, wherein the medium includes further data which, when executed by the machine, cause one of the plurality of processing servers to be capable of (1) communicating with a plurality of second outbound resources each being capable of converting an input request message into a format capable of being transmitted to one of (1) a paging terminal over a telephone network and (2) a paging gateway over an external packet-switched network, and (2) determining which of the first and second outbound resources to assign said request message based on a message type of said request message matching the capability of an outbound resource.

19. A method for supporting a message delivery service, comprising:

communicating with a plurality of first outbound resources and a data base server over an internal packet-switched data network, each of the plurality of first outbound resources being capable of converting a request message into a format capable of being received by a fax machine over a telephone network, the database server containing account information on customers of the message delivery service;

obtaining a request message from a message queue, the queue storing a plurality of request messages that are received from customers of the message delivery service and that were sent from an external packet-switched data network;

validating a customer associated with said obtained request message after accessing the account information in the database server; and

determining to which of the plurality of first outbound resources said obtained request message should be assigned.

20. The method of claim 19 wherein the internal data network is a private data network.

21. The method of claim 19 wherein the external data network is the Internet.

US 6,597,688 B2

17

22. The method of claim 21 wherein the request messages are received from the customers via one of a mail transport protocol server and a hypertext transport protocol server on the Internet.

23. The method of claim 19 further comprising:

prioritizing the delivery of a plurality of request messages that have been obtained from the queue and that are assigned to an outbound resource.

24. The method of claim 19 further comprising:

determining which of the plurality of first outbound resources to assign said obtained request message to, based on which resource offers the least cost of delivering said obtained request message.

25. The method of claim 19 further comprising:

generating an error message that indicates an error in delivering said obtained request message as reported by the outbound resource to which said obtained request message was assigned.

26. The method of claim 19 further comprising communicating with a plurality of second outbound resources each being capable of converting a request message into a format

18

being capable of being played back to a telephone over a telephone network; and

determining to which of the plurality of first and second outbound resources said obtained message should be assigned, based on a message type of said request message matching a capability of an outbound resource.

27. The method of claim 19, further comprising:

communicating with a plurality of second outbound resources each being capable of converting an input request message into a format capable of being transmitted to one of (1) a paging terminal over a telephone network and (2) a paging gateway over an external packet-switched network; and

determining to which of the plurality of first and second outbound resources said obtained message should be assigned, based on a message type of said request message matching a capability of an outbound resource.

\* \* \* \* \*

US006597688C1

## (12) **EX PARTE REEXAMINATION CERTIFICATE** (6151st)

# United States Patent
Narasimhan et al.

(10) **Number:**          **US 6,597,688 C1**

(45) **Certificate Issued:**     **Mar. 11, 2008**

(54) **SCALABLE ARCHITECTURE FOR TRANSMISSION OF MESSAGES OVER A NETWORK**

(75) Inventors: **Anand Narasimhan**, Beverly Hills, CA (US); **Yaacov Shemesh**, Los Angeles, CA (US); **Amit Kumar**, Los Angeles, CA (US)

(73) Assignee: **J2 Global Communications, Inc.**, Hollywood, CA (US)

Reexamination Request:
No. 90/007,472, Mar. 21, 2005

Reexamination Certificate for:
| | |
|---|---|
| Patent No.: | **6,597,688** |
| Issued: | **Jul. 22, 2003** |
| Appl. No.: | **09/097,307** |
| Filed: | **Jun. 12, 1998** |

(51) **Int. Cl.**
*H04L 12/64*     (2006.01)

(52) **U.S. Cl.** ...................... **370/353**; 370/465; 370/355; 370/356; 379/220.01

(58) **Field of Classification Search** ...................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,941,170 | A | 7/1990 | Herbst |
| 5,113,496 | A | 5/1992 | McCalley et al. |
| 5,193,110 | A | 3/1993 | Jones et al. |
| 5,299,255 | A | 3/1994 | Iwaki et al. |
| 5,333,266 | A | 7/1994 | Boaz et al. |
| 5,339,156 | A | 8/1994 | Ishii |
| 5,406,557 | A | 4/1995 | Baudoin |
| 5,479,411 | A | 12/1995 | Klein |
| 5,487,100 | A | 1/1996 | Kane |
| 5,513,126 | A | 4/1996 | Harkins |
| 5,557,659 | A | 9/1996 | Hyde-Thomson |
| 5,561,703 | A | 10/1996 | Arledge et al. |
| 5,568,536 | A | 10/1996 | Tiller et al. |
| 5,568,540 | A | 10/1996 | Greco et al. |
| 5,579,472 | A | 11/1996 | Keyworth, II et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0554456 A1 | 8/1993 |
| EP | 0835021 A1 | 4/1998 |
| JP | 09-135266 | 5/1947 |
| JP | 04-256273 | 9/1992 |
| JP | 04-290033 | 10/1992 |

(Continued)

OTHER PUBLICATIONS

*j2 Global Communications, Inc.* v. *Venali, Inc.*, United States District Court Central District of California, Case No. CV04–01172 DDP (AJWx), litigation cover page.

(Continued)

*Primary Examiner*—Roland G. Foster

(57)          **ABSTRACT**

A system for supporting a message delivery service, a method for supporting such a service and a machine accessible medium containing program data for implementing such a system. A number of processing servers are coupled to communicate with a number of outbound resources and a database server over an internal packet-switched data network. The database server contains account information on customers of the service. Request messages received from a customer over an external packet-switched data network are stored in a queue of a processing server. A router filter obtains a request message from the queue and validates a customer associated with the request message, after accessing the database server. A determination is made as to which of the multiple outbound resources to assign the request message. Each of these resources is capable of converting an input request message into a format capable of being received by a fax machine over a telephone network.



## US 6,597,688 C1
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,604,788 | A | 2/1997 | Tett |
| 5,608,786 | A | 3/1997 | Gordon |
| 5,621,727 | A | 4/1997 | Vaudreuil |
| 5,630,060 | A | 5/1997 | Tang et al. |
| 5,633,916 | A | 5/1997 | Goldhagen et al. |
| 5,675,507 | A | 10/1997 | Bobo, II |
| 5,712,907 | A | 1/1998 | Wegner et al. |
| 5,717,742 | A | 2/1998 | Hyde-Thomson |
| 5,737,395 | A | 4/1998 | Irribarren |
| 5,740,231 | A | 4/1998 | Cohn et al. |
| 5,742,668 | A | 4/1998 | Pepe et al. |
| 5,742,905 | A | 4/1998 | Pepe et al. |
| 5,751,791 | A | 5/1998 | Chen et al. |
| 5,758,088 | A | 5/1998 | Bezaire et al. |
| 5,761,201 | A | 6/1998 | Vaudreuil |
| 5,761,396 | A | 6/1998 | Austin et al. |
| 5,765,033 | A | 6/1998 | Miloslavsky |
| 5,774,668 | A | 6/1998 | Choquier et al. |
| 5,781,614 | A | 7/1998 | Brunson |
| 5,870,454 | A | 2/1999 | Dahlen |
| 5,872,845 | A | 2/1999 | Feder |
| 5,933,412 | A | 8/1999 | Choudhury et al. |
| 5,933,490 | A | 8/1999 | White et al. |
| 5,937,161 | A | 8/1999 | Mulligan et al. |
| 5,940,476 | A | 8/1999 | Morganstein et al. |
| 5,987,508 | A | 11/1999 | Agraharam et al. |
| 5,991,292 | A | 11/1999 | Focsaneanu et al. |
| 5,999,525 | A | 12/1999 | Krishnaswamy et al. |
| 5,999,594 | A | 12/1999 | Mizoguchi et al. |
| 6,020,980 | A | 2/2000 | Freeman |
| 6,023,345 | A | 2/2000 | Bloomfield |
| 6,025,931 | A | 2/2000 | Bloomfield |
| 6,028,679 | A | 2/2000 | Murphy |
| 6,052,442 | A | 4/2000 | Cooper et al. |
| 6,064,723 | A | 5/2000 | Cohn et al. |
| 6,069,890 | A | 5/2000 | White et al. |
| 6,072,862 | A | 6/2000 | Srinivasan |
| 6,073,165 | A | * 6/2000 | Narasimhan et al. ....... 709/206 |
| 6,084,892 | A | 7/2000 | Benash et al. |
| 6,084,952 | A | 7/2000 | Beerman, Jr. et al. |
| 6,185,603 | B1 | 2/2001 | Henderson et al. |
| 6,208,638 | B1 | * 3/2001 | Rieley et al. ............... 370/354 |
| 6,212,550 | B1 | 4/2001 | Segur |
| 6,215,550 | B1 | 4/2001 | Baer et al. |
| 6,215,858 | B1 | 4/2001 | Bartholomew et al. |
| 6,216,173 | B1 | 4/2001 | Jones et al. |
| 6,233,318 | B1 | 5/2001 | Picard et al. |
| 6,246,983 | B1 | 6/2001 | Zou et al. |
| 6,259,533 | B1 | 7/2001 | Toyoda et al. |
| 6,263,064 | B1 | 7/2001 | O'Neal et al. |
| 6,285,777 | B2 | 9/2001 | Kanevsky et al. |
| 6,301,245 | B1 | 10/2001 | Luzeski et al. |
| 6,301,339 | B1 | 10/2001 | Staples et al. |
| 6,304,636 | B1 | 10/2001 | Goldberg et al. |

| | | | |
|---|---|---|---|
| 6,330,079 | B1 | 12/2001 | Dugan et al. |
| 6,339,591 | B1 | 1/2002 | Migimatsu |
| 6,341,160 | B2 | 1/2002 | Tverskoy et al. |
| 6,350,066 | B1 | 2/2002 | Bobo, II |
| 6,356,356 | B1 | 3/2002 | Miller, Jr. et al. |
| 6,359,881 | B1 | 3/2002 | Gerszberg et al. |
| 6,360,256 | B1 | 3/2002 | Lim |
| 6,411,696 | B1 | 6/2002 | Iverson et al. |
| 6,564,321 | B2 | 5/2003 | Bobo, II |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 04-291858 | 10/1992 |
| JP | 05-233488 | 9/1993 |
| JP | 05-235997 | 9/1993 |
| JP | 05-284326 | 10/1993 |
| JP | 05-316309 | 11/1993 |
| JP | 06-069956 | 3/1994 |
| JP | 06-217069 | 8/1994 |
| JP | 07-038689 | 2/1995 |
| JP | 07-212393 | 8/1995 |
| JP | 07-250094 | 9/1995 |
| JP | 08-009092 | 1/1996 |
| JP | 09-023273 | 1/1997 |
| WO | WO 97/23082 A1 | 6/1997 |
| WO | WO 98/017041 A2 | 4/1998 |
| WO | WO 98/23058 A2 | 5/1998 |

### OTHER PUBLICATIONS

Guo Zhen Sheng, et al., "Intranet–Based Mail Fax Gateway Technology", 1997 IEEE International Conference on Intelligent Processing Systems; Oct. 28–31, Beijing, China, 97TH8335 vol. 2 of 2, pp. 1607–1611.

L. Orozco–Barbosa, et al. "Design and Performance Evaluation of Intelligent Multimedia Services", Computer Communications 20 (1997) pp. 219–232.

Guide to Intelligent Least Cost Routing, Right Fax, Inc. (1997).

Guide to Internet Faxing, Right Fax, Inc. (1997).

Rightfax Ships Internet Connectivity Module for Lan Fax Software; Rightfax News Release; (Feb. 10, 1997).

Rightfax Poised for Internet Faxing; Rightfax News Release (May 27, 1997).

Mendel, Brett; Net Faxing Awaits Its Day; Lan Times, Dec. 9, 1996, v13 n27, p. 25(2).

Kinnucan, Paul; What's New in the Fax World; Systems Integration; Feb. 1990, v23 n2 p. 50(7).

Deixler, Lyle; Fax Forges Ahead; Teleconnect; Nov. 1996, v14 n11 p. 52(12).

Fax Solutions; Lan Times Sep. 23, 1996, v13 n21 p. 123(5).

Rightfax Introduces New Fax Server Designed for the Enterprise; Rightfax News Release (May 27, 1997).

* cited by examiner

US 6,597,688 C1

**1**

## EX PARTE
## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

**2**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 1–27 is confirmed.

\* \* \* \* \*

EXHIBIT B

US007020132B1

(12) **United States Patent**
    Narasimhan et al.

(10) Patent No.:     **US 7,020,132 B1**
(45) Date of Patent:     **Mar. 28, 2006**

| | | |
|---|---|---|
| 5,487,100 A | 1/1996 | Kane |
| 5,513,126 A | 4/1996 | Harkins et al. |
| 5,561,703 A | 10/1996 | Arledge et al. |
| 5,568,536 A | 10/1996 | Tiller et al. |
| 5,568,540 A | 10/1996 | Greco et al. |
| 5,579,472 A | 11/1996 | Keyworth, II et al. |
| 5,604,788 A | 2/1997 | Tett |
| 5,608,786 A | 3/1997 | Gordon |
| 5,621,727 A | 4/1997 | Vaudreuil |
| 5,675,507 A | 10/1997 | Bobo, II |
| 5,712,907 A | 1/1998 | Wegner et al. |
| 5,740,231 A | 4/1998 | Cohn et al. |
| 5,742,668 A | 4/1998 | Pepe et al. |
| 5,742,905 A | 4/1998 | Pepe et al. |

(Continued)

(54) **SCALABLE ARCHITECTURE FOR TRANSMISSION OF MESSAGES OVER A NETWORK**

(75) Inventors: **Anand Narasimhan**, Beverly Hills, CA (US); **Yaacov Shemesh**, Los Angeles, CA (US); **Amit Kumar**, Los Angeles, CA (US)

(73) Assignee: **j2 Global Communications, Inc.,** Hollywood, CA (US)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/393,227**

(22) Filed:     **Mar. 20, 2003**

**Related U.S. Application Data**

(63) Continuation of application No. 09/097,307, filed on Jun. 12, 1998, now Pat. No. 6,597,688.

(51) Int. Cl.
    *H04L 12/66*     (2006.01)
(52) U.S. Cl. ..................................... 370/355; 370/357
(58) Field of Classification Search ................. 370/237, 370/242, 252, 352–353, 360, 389, 401, 465; 379/112–114, 200, 220; 709/206, 228
    See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,941,170 A | 7/1990 | Herbst |
| 5,115,326 A | 5/1992 | Burgess et al. |
| 5,193,110 A | 3/1993 | Jones et al. |
| 5,333,266 A | 7/1994 | Boaz et al. |
| 5,339,156 A | 8/1994 | Ishii |
| 5,406,557 A | 4/1995 | Baudoin |
| 5,479,411 A | 12/1995 | Klein |

FOREIGN PATENT DOCUMENTS

GB     2 024 561 A     1/1980

(Continued)

OTHER PUBLICATIONS

jFax Personal telecom™, http://www.jfax.net/, Dec. 4, 1994 4:57 p.m. (pp.1-2); and www.jfax.net/software.htm, Dec. 4, 1996 5:22 p.m. (pp.1-2).

(Continued)

*Primary Examiner*—Chi Pham
*Assistant Examiner*—Thai Hoang
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57)     **ABSTRACT**

A method and apparatus is disclosed for delivering messages that utilizes a message queue and a router/filter within a private data network. The private network is connected to an external data network such as the Internet, and has separate outbound resource servers to provide a high degree of scalability for handling a variety of message types.

**20 Claims, 8 Drawing Sheets**



## US 7,020,132 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,758,088 A | 5/1998 | Bezaire et al. | |
| 5,761,201 A | 6/1998 | Vaudreuil | |
| 5,761,396 A | 6/1998 | Austin et al. | |
| 5,765,033 A | 6/1998 | Miloslavsky | |
| 5,812,786 A | 9/1998 | Seazholtz et al. | |
| 5,870,454 A | 2/1999 | Dahlen | |
| 5,937,161 A | 8/1999 | Mulligan et al. | |
| 5,940,476 A | 8/1999 | Morganstein et al. | |
| 5,991,292 A * | 11/1999 | Focsaneanu et al. | 370/352 |
| 5,999,525 A | 12/1999 | Krishnaswamy et al. | |
| 5,999,594 A | 12/1999 | Mizoguchi et al. | |
| 5,999,965 A * | 12/1999 | Kelly | 709/202 |
| 6,020,980 A | 2/2000 | Freeman | |
| 6,025,931 A | 2/2000 | Bloomfield | |
| 6,073,165 A * | 6/2000 | Narasimhan et al. | 709/206 |
| 6,185,603 B1 | 2/2001 | Henderson et al. | |
| 6,208,638 B1 * | 3/2001 | Rieley et al. | 370/354 |
| 6,212,550 B1 | 4/2001 | Segur | |
| 6,215,858 B1 | 4/2001 | Bartholomew et al. | |
| 6,216,173 B1 | 4/2001 | Jones et al. | |
| 6,246,983 B1 | 6/2001 | Zou et al. | |
| 6,259,533 B1 | 7/2001 | Toyoda et al. | |
| 6,263,064 B1 | 7/2001 | O'Neal et al. | |
| 6,330,079 B1 | 12/2001 | Dugan et al. | |
| 6,339,591 B1 | 1/2002 | Migimatsu | |
| 6,341,160 B1 | 1/2002 | Tverskoy et al. | |
| 6,350,066 B1 | 2/2002 | Bobo, II | |
| 6,356,356 B1 | 3/2002 | Miller, Jr. et al. | |
| 6,359,881 B1 * | 3/2002 | Gerszberg et al. | 370/354 |
| 6,510,438 B1 | 1/2003 | Hasegawa | |
| 6,564,321 B1 | 5/2003 | Bobo, II | |
| 6,597,688 B1 | 7/2003 | Narasimhan et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2 157 117 A | 10/1985 |
| JP | 406164645 | 6/1994 |

### OTHER PUBLICATIONS

Oracle & NT Software Library, Faxmail Networks for Windows v5.13 Fax over a network; Search results of online search, Dec. 5, 1996 12:03 p.m. (pp. 1-3).

Alta Vista Search, SHAREWARE.COM: Search results, Dec. 5, 1995 11:41 a.m. (pp. 1-2).

Yahoo™ Internet Life, vol. 3, No. 1, Jan. 1997 "Cooltools" (p. 73).

NetScan KOFAX, http://www.netscan.kofax.com/, Dec. 13, 1006 4:09 p.m. (pp. 103); http://www.netscan.kofax.com/ brochure.html, Dec. 13, 1996 4:13 p.m. (pp. 1-4); and http://www.netscan.kofax.com/brochure2.html, Dec. 13, 1996 4:23 p.m. (pp. 1-3).

Electronics, Jan. 18 1979 (379-100), S9054 0063 (pp. 69-70).

"Unified Messaging Solutions On the Road", Mar. 7, 1995, Computer Telephony Expo, Dallas Texas.

j2 Global Communications, Inc. v. Venali, Inc. United States District Court Central District of California, Case No. CV04-01172 DDP (AjWx), Defendant Venali, Inc.'s Objections and Responses to Plaintiff j2 Global Communications, Inc.'s First Set of Interrogatories (Nos. 1-7) (19 pages).

"Guide to Intelligent Least Cost Routing", RightFAX, Inc. Tucson, Arizona, USA (1997) (pp. 1-17).

"Guide to Internet Faxing", RightFAX, Inc., Tucson, Arizona, USA (1997) (pp. 1-16).

"Rightfax Ships Internet Connectivity Module for Lan Fax Software", RightFAX News Research, RightFAX, Inc., Tucson, Arizona, USA, Feb. 10, 1997 (2 pages).

"RightFAX Poised for Internet Faxing", Right FAX News Release, RightFAX, Inc., Tucson, Arizona, USA, May 27, 1997 (2 pages).

"RightFAX Introduces New Fax Server Designed for the Enterprise", RightFAX News Research, RightFAX, Inc., Tucson, Arizona, USA, May 27, 1997 (3 pages).

Brett Mendel, "Net Faxing Awaits Its Day", LAN Times, Dec. 9, 1996, v13 n27 p. 25 (2 pages).

Paul Kinnucan, "What's New in the Fax World", Systems Integration, Feb. 1990, v23 n2 p. 50(7) (4 pages).

Lyle Deixler, "Fax Forges Ahead", Teleconnect, Nov. 1996, v14 n11 p. 52(12) (5 pages).

Fax Solutions, LAN Times, Sep. 23, 1996, v13 n21 p. 123(5) (10 pages).

Tomaru, "Electronic Mails Systems", 1983, Japan Annual Review in Electronics, Computers and Telecommunications, vol. 9, Telecomminication Technology, pp. 283-290.

* cited by examiner



# FIG. 1
## (PRIOR ART)

U.S. Patent       Mar. 28, 2006       Sheet 2 of 8       US 7,020,132 B1



FIG. 2

**U.S. Patent**     Mar. 28, 2006     Sheet 3 of 8     US 7,020,132 B1



FIG. 3



FIG. 4A



FIG. 4B

**U.S. Patent**   Mar. 28, 2006   Sheet 6 of 8   US 7,020,132 B1



**FIG. 5**



FIG. 6



FIG. 7

US 7,020,132 B1

**1**

## SCALABLE ARCHITECTURE FOR TRANSMISSION OF MESSAGES OVER A NETWORK

This is a continuation of Ser. No. 09/097,307, now U.S. Pat. No. 6,597,688 filed on Jun. 12, 1998.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of message receipt/transmission and delivery using computer, phone, wireless and other communications networks. Specifically, the present invention relates to the transmission of e-mail messages which may be text only, text plus an audio file, text plus a video file, text plus a fax file or any combination thereof to a phone, pager or fax machine or other receiving device suitable for the message content, over appropriate communications networks using an architecture which enables easy expansion to handle additional message traffic as well as to connect to additional communications networks, including networks which do not presently exist which may become available in the future.

2. Description of Related Art

Voice and data communications systems such as the public switched telephone network (PSTN) are currently used to transfer image and text data transmitted by facsimile ("fax") machines in addition to the normally carried voice traffic. These faxed images are usually transmitted through the PSTN and received for printout or storage of the image on a destination fax machine or computer for the use by the recipient.

In U.S. Pat. No. 6,208,638 entitled Method and Apparatus for Transmission and Retrieval of Facsimile and Audio Messages Over a Circuit or Packet Switched Network, it is disclosed to provide for the receipt and transmission of audio and fax information by a first user over a circuit switched network such as the public switched telephone network (PSTN) to a second user over a packet switched network such as the Internet, a communications server is connected both to the circuit switched network and a packet switched network.

The communications server contains resources to receive and process incoming audio and facsimile calls from the circuit switched network into a format suitable for transmission over the packet switched network to the second user's address. In addition, a link is first determined between the second user's address on the circuit switched network and the second user's address on the packet switched network, and then an appropriate route to the second user's address on the packet network is determined. With the system being maintained in a distributed and redundant fashion, reliable receipt and transfer of all messages is ensured. A copy of the specification and drawings of U.S. Pat. No. 6,208,638 is attached hereto.

However, the architecture utilized as described in U.S. Pat. No. 6,208,638 is not easily scalable to handle increasingly higher levels of message traffic or to easily connect to networks in addition to the PSTN and the Internet. FIG. 1 shows the essence of the architecture of U.S. Pat. No. 6,208,638. An e-mail message is passed to an outbound resource 11 (communications server 550 in U.S. Pat. No. 6,208,638) which converts the e-mail message to a fax format or to audio for transmission to a fax machine or telephone connected to the PSTN. A database 13 stores customer information necessary for processing of messages (an unnumbered part of communications server 550 in U.S.

**2**

Pat. No. 6,208,638 which is also contained in database server 595 in U.S. Pat. No. 6,208,638). After processing of an e-mail message by outbound resource 11, a fax or voice mail message is sent over the PSTN or more generally, a generalized switched telephone network (GSTN) which includes cellular telephone networks as well as the PSTN. Optionally, a pager message may also be sent informing a user of the fax which has been sent or availability of a voice mail message as described in U.S. Pat. No. 6,073,165 entitled Processing and Forwarding Messages From a Computer Network to a Forwarding Service.

### SUMMARY OF THE INVENTION

A method and apparatus is disclosed for delivering messages that utilizes a message queue and a router/filter within a private data network. The private network is connected to an external data network such as the Internet, and has separate outbound resource servers to provide a high degree of scalability for handling a variety of message types.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a prior art architecture which performs the functions, but not the scalability of the architecture of the present invention.

FIG. 2 is a block diagram illustrating the architecture of the present invention.

FIG. 3 is a block diagram showing the data/control flow through message queue 21, router/filter 23 and database 27.

FIG. 4 (4a and 4b) is a flow diagram of the processing performed by router/filter 23.

FIG. 5 is a system diagram of a network containing a message server.

FIG. 6 is a block diagram illustrating the message server.

FIG. 7 is a flow diagram illustrating some operations.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a method and apparatus for allowing the receipt and transmission of audio, video and fax information between a circuit switched network and a packet switched network. For purposes of explanation, specific embodiments are set forth to provide a thorough understanding of the present invention. However, it will be understood by one skilled in the art, that the invention may be practiced without these details. Further, although the present invention is described through the use of circuit switched and packet switched networks, most, if not all, aspects of the invention apply to all networks in general. Moreover, well-known elements, devices, process steps and the like are not set forth in detail in order to avoid obscuring the present invention.

Referring now to FIG. 2, e-mail messages for a customer are sent to/through an external data network 15 (e.g., the Internet) and routed to an appropriate SMTP/HTTP (or SHTTP) server 17 as determined by a domain name server (DNS) 18 according to well known techniques. The e-mail message may be a text message or it may include a file, the content of which may be audio, video or bitmapped (e.g., a fax) or other data. Again, the techniques for creating and sending e-mail messages with these characteristics are well known.

A processing server 19, which includes a message queue 21 and a router/filter 23 first verifies that the message is from or is to a customer using information in database 27. After

US 7,020,132 B1

**3**

successful verification, the message is broken into fragments (in the case of files with multiple attachments) and written to message queue 21. Router/filter 23 obtains messages from the message queue and handles least call routing/billing/prioritization/filtering of messages. Filtering is primarily for notification messages for pager delivery. After billing verification and determination of a least cost route, the message is assigned to one or more outbound resources 31 for delivery to the intended recipient by a method or methods selected by the customer as previously recorded in database 27.

In the case of faxes, the outbound resource is a server which dials the destination fax number and sends the fax.

In the case of voice messages, the outbound resource is a server which dials the destination telephone number and plays the voice message.

In the case of notification messages, the outbound resource is a server which dials out to the paging terminal or delivers the notification message through any appropriate paging gateway.

After the message (in whatever form) has been delivered, a receipt with details and an error log (if any) is sent back via a secure protocol to the message queue 21.

The receipt/error log messages are then processed by the router/filter which interfaces with a billing system (not shown) for customer account update.

FIG. 3 is a block diagram showing the data/control flow through message queue 21, router/filter 23 and database 27 using information contained in the following tables as explained with reference to FIGS. 4a and 4b.

TABLE 1

| Message Queue Table | |
|---|---|
| MESSAGE_ID | This is a unique number assigned to each message that arrives in the system. |
| RESOURCE_ID | Unique number assigned to each Outbound Resource |
| RESOURCE_TYPE | Each Resource is identified by the type of messages it can deliver (e.g., FAX, VOICE, NOTIFY, etc.) |
| RESOURCE_ADDRESS | Location of the Resource (such as IP address) |
| MESSAGE_TO_EMAIL_ADDRESS | To: address of the message |
| MESSAGE_FROM_EMAIL_ADDRESS | From: address of the message |
| MESSAGE_LOCATION | Location of actual message on the Message Queue 21 |
| MESSAGE_SIZE | Size of the message in bytes |
| MESSAGE_PRIORITY | Priority of the message (e.g., low, medium, high) |
| MESSAGE_CREATION_DATE | Timestamp identifying the date/time that the message was received by the system |
| MESSAGE_EXPIRY_DURATION | Amount of time after which the message becomes stale |
| MESSAGE_SCHEDULED_DATE | Scheduled delivery time-stamp for the message |
| MESSAGE_STATUS | Current status of the message (Active, Pending, Sent, etc.) |
| MESSAGE_ESTIMATED_COST | Estimated cost for the delivery of the message |
| CUSTOMER_KEY | Unique number identifying the customer in the database |
| MESSAGE_PART_OF_BROADCAST | Flag identifying if the message is part of a larger broadcast list waiting to be delivered |

**4**

TABLE 1-continued

| Message Queue Table | |
|---|---|
| BROADCAST_ID | Unique number identifying a broadcast list |
| COVERPAGE_ID | Unique number identifying a coverpage (if any) for a fax |
| MESSAGE_SUBJECT | Subject line of the message to be delivered |
| MESSAGE_DURATION | Duration of the message (delivery time of fax, or delivery time for a voice message, etc.) |
| MESSAGE_RATE | Rate for message delivery (dollars per second, etc.) |
| MESSAGE_SEND_DATE | Actual timestamp identifying when the message was delivered |
| MESSAGE_REMOTE_CSID | Identifier of the fax machine to which a FAX message was delivered |
| MESSAGE_TYPE | Type of message (e.g., FAX, VOICE, NOTIFICATION, etc.) |
| RESOURCE_COMMUNICATION_TYPE | Protocol used to communicate with the resource (HTTP, SHTTP, etc.) |
| MESSAGE_LANGUAGE_CODE | Language used for delivery of a receipt or response, based on settings in the customer table |
| MESSAGE_PAGES | Number of pages of a message (used primarily for a fax) |

TABLE 2

| File Type Table | |
|---|---|
| FILETYPE_MESSAGE_TYPE | Identifier of a message type (FAX, VOICE, etc.) |
| FILETYPE_RESOURCE_TYPE | Identifier to determine a resource that can handle a particular file type |
| FILETYPE_EXTENSION | The filename extension that identifies a file type (e.g., WAV, TIF, JFX, AU, GSM, etc.) |

TABLE 3

| Customer Table | |
|---|---|
| CUSTOMER_KEY | Unique number identifying a customer in the database |
| FIRSTNAME | First name of customer |
| LASTNAME | Last name of customer |
| COMPANY | Company name of customer |
| ADDRESSLINE1 | Company address |
| ADDRESSLINE2 | Company address |
| CITY | Company city |
| MAILREGION | Company state or equivalent |
| MAILCODE | Zipcode or equivalent |
| COUNTRY | Company country |
| WORKNUMBER | Customer work phone number |
| HOMENUMBER | Customer home phone number |
| EMAILADDRESS | Email address of customer |
| COLLECTIONMETHOD | Collection method such as Credit card, Debit, etc. |
| BILLTYPE | e.g., Customer, Demo, free, corporate, etc. |
| STATUS | Status of customer, Active, Inactive, etc. |
| LANGUAGECODE | Language of customer, English, German, etc. |
| CURRENCYCODE | Currency for billing the customer, US Dollar, Pound Sterling, etc. |

US 7,020,132 B1

5

#### TABLE 4

| Currency Table | |
| --- | --- |
| FORMAT | Currency label |
| CURRENCY_SYMBOL | Symbol for currency |

#### TABLE 5

| Notification Table | |
| --- | --- |
| CUSTOMERKEY | Unique number identifying a customer in the database |
| PAGERTYPECODE | Code to determine the kind of pager service |
| BBSNUMBER | Modem number for pager notification delivery, based on the pager type |
| PAGERNUMBER | Identifier number of the pager unit |
| PIN | PIN code for the pager unit |
| DISPLAYTYPE | Display type of the pager (numeric, alphanumeric, etc.) |

#### TABLE 6

| Response_email Table | |
| --- | --- |
| RESPONSE_ID | Unique ID for a response/receipt message to be sent to a customer |
| REPONSE_SUBJECT | Subject line of the response message |
| RESPONSE_FROM_EMAIL | From: line of the response message |
| RESPONSE_BODY | Actual text of the response message |

#### TABLE 7

| Resource Table | |
| --- | --- |
| RESOURCE_ID | Unique identifier for the resource |
| RESOURCE_TYPE | Type of resource (FAX, VOICE, etc.) |
| RESOURCE_STATUS | Status of resource (Active, Inactive, etc.). |
| RESOURCE_QUEUE_STATUS | Status of the Queue, number of messages in queue |
| RESOURCE_TIME_ZONE | Time zone for the resource |
| RESOURCE_QUEUE_MAX | Maximum size of the resource queue |
| RESOURCE_ADDRESS | Address of the resource (IP address, etc.) |
| RESOURCE_NAME | Name of the resource |
| RESOURCE_EXPIRY_DURATION | Expiry duration for any message sent to the specified resource |
| RESOURCE_QUEUE_IN_STATUS | Number of messages waiting to be delivered by the resource |
| RESOURCE_COMMUNICATION_TYPE | Method used to communicate with resource (HTTP, SHTTP, etc.) |

#### TABLE 8

| Resource Rates Table | |
| --- | --- |
| RESOURCE_ID | Unique identifier for the resource |
| RESOURCE_PREFIX | Any digits to be dialed before an actual number |
| RESOURCE_CITY_NAME | Name of destination city for the message to be delivered |
| RESOURCE_PROVIDER_RATE | Rate for a particular city (dollars per second, etc.) |
| RESOURCE_MAX_DIGITS | Max number of digits allowed to be dialed |
| RESOURCE_AREA_CODE | Area code for the particular city |

6

FIGS. 4a and 4b are a flow diagram of the processing performed by router/filter 23 using Tables 1–8. When a message is received it is placed into message queue 21 which is simply a storage area, the specifics of which, including the mechanism for placing the message into the queue are well known. Certain details concerning the message are also stored in a message queue table (Table 1). In step 41, router/filter, which is a computer program running on processing server 19, polls the message queue table for pending requests as determined by the existence of an active message in the message status field. If no message is found, after a system defined delay, the message queue table is again polled (step 43). Once a message has been found in the table, processing continues with step 45 by determining the message type using the message_type field in Table 1 and the file type information in Table 2. The customer is then validated using information in Table 3 in step 47. In step 49, currency information for the customer is obtained from Table 4. The message is then filtered for possible pager notification using the information in Table 5 in step 51. In step 53, Table 7 is used to check for available resources to deliver the message. In step 55, the rates of available resources are checked to determine the least cost resource using Table 8. Then in step 59, the message is delivered using the determined least cost resource. After the message has been delivered, or after an error in the delivery has occurred, in step 59, a response/receipt is composed using Table 6. In step 61, the response or receipt is delivered to the sender. The system then begins the process over again at step 41.

As noted above outbound resource 31 is equivalent to communications server 550 as described in U.S. Pat. No. 6,208,638. The modifications made to outbound resource to enable it to operate in a system having an architecture as described herein are as follows.

These changes will be described with reference to the message structure of received messages.

Message Structure

Each field has a value following an '=' sign and is terminated by a newline character. The exception to this is the "Message" field where a newline immediately follows the "=" sign and the actual message follows on the next line.

The fields of a message are as follows:

Password=
MessageID=
MessageStatus=
MessageSentTimeStamp=
Message Duration=
MessageLength=
Message RemoteCSID=
MessageSourceCSID=
MessageAttachStatus=
MessageDestination=
ResourceID=
ResourceStatus=
ResourceLastCommTimeStamp=
ResourceExpiryDuration=
ResourceQueueInStatus=
ResourceQueueOutStatus=
ResourceChannelMax=
ResourceChannelStatus=
MessageBoundary=
Message=

In the following explanation of the above fields, the text in brackets at the end indicates the entity providing the value for the field in the forward/reverse direction (i.e., from

US 7,020,132 B1

<table>
<tr><td>7</td><td>8</td></tr>
</table>

router/filter 23 (RF) to outbound resource 31 (RESOURCE), and from RESOURCE to RF, respectively). "NA" indicates that no value is applicable, and the text "NA" is used to populate the field. "Same" indicates that the same value is used in the reverse direction, i.e, the RESOURCE does not modify the value; it only echoes the value it receives in that field.

Password—There is a fixed password pair for each RESOURCE and RF combination. RESOURCE stores the RF password in a flat text password file in a directory (jfaxom), and RF stores the RESOURCE password in the database. (RF/RESOURCE).

MessageID—Unique ID, per message, generated by RESOURCE. (RESOURCE/Same).

MessageStatus—Code indicating current status of the message. See Status codes below. (RF/RESOURCE)

MessageSentTimeStamp—Time stamp indicating date/time the message was delivered to the final destination by RESOURCE. (NA/RESOURCE)

MessageDuration—Time (in seconds) to transmit message from RESOURCE. (NA/RESOURCE)

Messagelength—Number of pages transmitted by RESOURCE. (NA/RESOURCE)

MessageRemoteCSID—called subscriber identification (CSID) of fax machine to which message was transmitted. (NA/RESOURCE)

MessageSourceCSID—Source CSID. This may be customized per customer. (RF/Status)

MessageAttachStatus—Value of "A" indicates a message is attached for delivery. (RF/RESOURCE)

MessageDestination—Destination phone number. (RF/Same)

ResourceID—Unique ID, per resource, stored in the database. (RF/Same)

ResourceStatus—Code indicating the current status of the resource, i.e., whether it is active or not. RF uses this to determine whether further messages should be sent to RESOURCE for delivery. See Status codes below. (NA/RESOURCE)

ResourceLastCommTimeStamp—Date/time of last communication between RF and RESOURCE. (RF/RESOURCE)

ResourceExpiryDuration—Life of message (in minutes) on RESOURCE. If a message has not been delivered to the final destination by RESOURCE within this amount of time, the message is considered "expired" and is discarded.

ResourceQueueInStatus—Number of messages waiting to be processed in an Inbox directory on RESOURCE. (NA/RESOURCE)

ResourceQueueOutStatus—Number of messages waiting to be processed in an Outbox directory on RESOURCE. (NA/RESOURCE)

ResourceChannelMax—Number of channels available for use on RESOURCE. (NA/RESOURCE)

ResourceChannelStatus—Channel activity status, e.g., 0000000111000001, where 0's indicate an idle channel and 1's indicate a busy channel. (NA/RESOURCE)

MessageBoundary—Text for MIME boundary. (RF/NA)

Message—Actual MIME message sent by RF. If MessageAttachStatus=NA, no message follows this tag. All fields are NA if not used.

Date fields are expressed in MMDDYYhhmmss format.

Resource Status Codes are:

A—Active

I—Inactive

Message Status Codes are:

P—Pending

H—On Hold

D—Deferred

R—Ready for sending to RESOURCE

X—Exchanged, i.e., sent to RESOURCE but not acknowledged by it.

A—Sent to RESOURCE and acknowledged by it.

S—Sent (i.e., receipt for final delivery received from RESOURCE)

Normal sequence for Message delivery by RESOURCE is:

RF receives a request in its queue (message queue 21).

RF sends the message to RESOURCE.

RESOURCE gets message, authenticates password, and creates a new message in the Inbox directory.

RESOURCE acknowledges receipt of message.

RESOURCE processes the message in Inbox (MessageStatus=A, MessageAttachStatus=A).

RESOURCE moves message to a Process directory for further processing.

RESOURCE finishes processing message and delivers it to final destination.

RESOURCE removes the message from the Process directory.

RESOURCE creates a message in Outbox directory. (MessageStatus=S). If a "reply message" is to be delivered to the original sender, MessageAttachStatus=A, else MessageAttachStatus=NA. MessageID remains the same in either case.

RESOURCE delivers receipt (with "reply message," if applicable) to RF.

RF receives the message and puts it in the Queue for database processing.

Processing server 19 with the above described functionality may be implemented using readily available systems such as a Windows NT server or a UNIX server. Database 27 may be implemented as a database server using readily available systems such as a Windows NT server or a UNIX server running, for example a SQL database.

What follows is a detailed description of FIGS. 5–7 which set forth a method and apparatus for allowing the receipt and transmission of audio and fax information between a circuit switched network and a packet switched network, as described in U.S. Pat. No. 6,208,638. For purposes of explanation, specific embodiments are set forth to provide a thorough understanding of the present invention. However, it will be understood by one skilled in the art, from reading this disclosure, that the invention may be practiced without these details. Further, although the system is described through the use of circuit switched and packet switched networks, most, if not all, aspects apply to all networks in general.

FIG. 5 contains a block diagram illustrating an embodiment of a system containing a communications server 550 connected to a circuit switched network 530 and a wide area network (WAN) 580. In an embodiment, the circuit switched network 530 is a circuit switched network such as the PSTN while WAN 580 is a packet switched network such as the Internet. It is to be noted that circuit switched network 530 can also be a network such as the generalized switched telephone network (GSTN), which encompasses PSTN networks, cellular telephone networks, and the other networks with which they are in communication.

Communications server 550 is connected to circuit switched network 530 via a switch 540 and to WAN 580 through the use of a router 585. As described in further detail

US 7,020,132 B1

9

below, in an embodiment, switch 540 and router 585 are interfaced to communications server 550 using two separate hardware interfaces. In an alternate embodiment, switch 540 and router 585 can be interfaced to communications server 550 through the use of one hardware unit.

Connected to circuit switched network 530 is both a telephone unit 510 and a facsimile unit 520. Telephone unit 510 is a standard telephone capable of converting audio signals into electrical signals suitable for transmission over circuit switched network 530. Similarly, facsimile unit 520 is a standard facsimile machine capable of transmitting and receiving facsimile messages over circuit switched network 530. Each of these devices can be connected to circuit switched network 530 using either wired or wireless technology.

Connected to WAN 580 is a database server 595, a system management unit 597, a mail server 560, and a client 590. Each of these systems communicate with each other and with communications server 550 via WAN 580 using such protocols such as simple network management protocol (SNMP) and hyper-text transport protocol (HTTP)—packetized using a protocol such as the transmission control protocol/internet protocol (TCP/IP).

In an embodiment, each one of database server 595, system management unit 597, mail server 560, and client 590, are stand-alone computers or workstations containing the hardware and software resources to enable operation. In alternate embodiments, the functions provided by each one of database server 595, system management unit 597, mail server 560, and client 590, are provided by any number of computer systems.

In an embodiment, mail server 560 is a server providing e-mail receipt and transmission using a protocol such as the simple mail transport protocol (SMTP) and post office protocol (POP). Moreover, client 590 is configured to be able to communicate over WAN 580 using SMTP or POP in order to retrieve e-mail from mail server 560 or another suitably configured server.

System management unit 597 communicates with communications server 550 to monitor: (1) the processes on communications server 550; (2) the status of the trunk line connected to communications server 550; and (3) the connection between the various servers connected to WAN 580. As described below, if any processes on communications server 550 or connection to the circuit switched network 530 is interrupted, system management unit 597 can allocate resources, or cause the re-routing of a call or message via one or more redundant resources or connections, ensuring that the call or message is routed to the final destination.

Communications server 550 contains user data needed to receive and route incoming messages received from circuit switched network 530. The same information is also stored on database server 595. In an embodiment, communications server 550 stores an inbound address, a set of final destination addresses; and an account status for each user. The inbound address corresponds to the telephone number assigned to the user. As further discussed below, the inbound address is the number that a message sender dials on telephone unit 510 or facsimile unit 520 to leave a message for the user. The set of final destination address contain one or more e-mail addresses where the user account status information indicates whether the inbound address is either active and or inactive—i.e, whether the user is able to receive messages using the system.

Database server 595 stores a duplicate copy of the inbound address, the set of final destination addresses; and the account status for each user. Database server 595 also

10

stores additional information for each user such as mailing address and billing information which are not used in the operation of the present invention but are note herein for completeness only. Thus, the information that is stored on communications server 550 is a subset of the information that is stored on database server 595, and if communications server 550 were to become inoperable or otherwise unable to handle incoming messages, database server 595 can configure another communications server to accept those calls.

In an embodiment, system management unit 597 is responsible for monitoring the status of communications server 550 and re-assigning the users being handled by communications server 550 if communications server 550 malfunctions or becomes overloaded with incoming calls. In the former case, system management unit 597 would re-assign all users being handled by communications server 550 to another communications server. In the latter case, system management unit 597 would only off-load the only those incoming calls for which communications server 550 does not have the available resources to process.

FIG. 6 is a block diagram of communications server 550 configured in accordance with an embodiment containing a processor 651 coupled to a memory subsystem 653 through the use of a system bus 655. Also coupled to system bus 655 is a network interface 656; a trunk interface 652; and a set of fax/voice processing resources 654. Set of fax/voice processing resources 654 and trunk interface 652 are also coupled to a bus 657.

Bus 657 is a bus that supports time division multiplex access (TDMA) protocols to optimize the flow of real time traffic between set of fax/voice processing resources 654 and trunk interface 652.

Memory subsystem 653 is used to store information and programs needed by communications server 550. The functioning of memory subsystems in computer design are well known to those of ordinary skill in the art and thus will not be further discussed herein.

In an embodiment, trunk interface 652 is a trunk line interface, such as a T-1 or E-1 line, to switch 540 and can handle up to 24 channels of communications. Trunk line signaling is well known to those of ordinary skill in the art of telecommunication and thus will not be further discussed herein except as necessary for describing the invention.

Set of fax/voice processing resources 654 are made up of multiple fax/voice processing cards. Each of these processing cards contain processing units which are capable of receiving and transmitting facsimiles according to established protocols, and which are capable of digitizing voice or other audio data, also according to established protocols. In an embodiment, there are three fax/voice processing cards in set of fax/voice processing resources 654, each fax/voice processing card containing eight processing units capable of handling a channel from trunk interface 652. Thus, communications server 550 can communicate on twenty-four channels concurrently.

The storage of destination addresses on both circuit switched network 530 and WAN 580 is controlled by a database located either on communications server 550 or on database server 595. Keeping this information separate from communications server 550 allows communications server 550 to be a resource that can be allocated on demand. Hence, a number of communications servers could be used, along with one or more database servers, to allow a fully redundant and scalable system. In addition, system management unit 597 monitors the status and connection of all the communication and database servers.

**Exhibit B Page 44**

US 7,020,132 B1

11

FIG. 7 is a flow diagram illustrating the operations of an embodiment of the present invention when a call originating from a source on the circuit switched network 530. For example, either telephone unit 510 or facsimile unit 520 can initiate the call.

In block 700, an incoming call signal is received by communications server 550 from switch 540. The incoming call signal is initiated by telephone unit 510 or facsimile unit 520 over circuit switched network 530 and is routed to communications server 550 via switch 540. Communications server 550 detects the incoming call signal using trunk interface 652. Operation would continue with block 702.

Continuing with block 702, trunk line interface 652, in addition to receiving signals to indicate that there is an incoming call from switch 540, also receives signals indicating the circuit destination address of the incoming call. The destination address is captured by trunk interface 652 and is determined by trunk line signaling using mechanisms such as direct-inward-dial, or dual tone multifrequency (DTMF) tones.

Continuing with block 704, to determine whether or not to process the incoming call, processor 651 searches the list of inbound addresses contained in memory subsystem 653 for the destination address. If processor 651 finds the destination address in the inbound address list, processor 651 will then look up the account status for the user who owns the inbound address to determine if the account of that user is a valid user account. In an alternate embodiment, the validation is performed through the use of a database maintained by a separate entity such as database server 595. If the account is found to be inactive, communications server 651 will play a prepared message indicating that the number to which the incoming message was sent is an invalid account.

In block 706, once the validity of the user account has been established, processor 651 will attempt to allocate one fax/voice processing resource from set of fax/voice processing resources 654 and also determine the availability of other resources required for the receipt and processing of the incoming call. These other resources include the processing capacity of processor 651, the storage capacity of memory subsystem 653.

If it is determined that the appropriate resources are not available, then the call will be routed to a different communications server that is capable of allocating the necessary resources. The routing of calls is accomplished by trunk line signaling via switch 540 and is managed by system management unit 597.

Also, it should be noted that the call will only come from switch 540 to communications server 550 if there are no problems with the line. Otherwise the call will get routed to a different communications server. In an embodiment, fault detection and correction happens in one of two ways. First, on the telephone network side, switch 540 can be set up to independently route a call to another line if it is determined that one of the lines is bad. Second, if communications server 550 detects that the trunk line coming into trunk interface 652 is down, communications server 550 will notify system management unit 597 to reallocate the users for whom communications server 550 is responsible onto another communications server. Thus, system management unit 597 will transfer the duplicate user information contained in database server 595 into a different communications server.

In block 708, communications server 550 "answers" the incoming call by having trunk interface 652 go "off-hook" on the trunk line.

12

In block 710, if the fax/voice processing resource of set of fax/voice processing resources 654 which is processing the call determines that the incoming call is a fax transmission, then operation will continue with block 712. Otherwise, operation will continue with block 714. For example, if the call is a fax, a fax protocol is initiated, and the fax is received by one of the fax/voice processing resources of set of fax/voice processing resources 654. If the call is a voice call, the voice is recorded by one of the fax/voice processing resources of set of fax/voice processing resources 654.

In block 712, the fax/voice processing resource of set fax/voice processing resources 654 responsible for processing the incoming call will perform the fax transfer and store the incoming message as a temporary file in memory subsystem 653. In an embodiment, the incoming fax is saved into a file which follows the group 3 facsimile file format. Operation will then continue with block 716.

In block 714, where it is determined that the incoming message is an audio message, the fax/voice processing resource of set of fax/voice processing resources 654 allocated to process the call will initiate an audio recording of the incoming voice message. In an embodiment, the audio message is digitized and stored in memory subsystem 653 as a temporary file in a pulse code modulated format. After the incoming call has been digitized and stored, operation will then continue with block 716.

In block 716, trunk interface 652 will terminate the call. Operation will then continue with block 718.

In block 718, the incoming message, which has been stored as a temporary file in memory subsystem 653, is processed by processor 651. In an embodiment, the temporary file is processed according to the type of the incoming call. If the incoming call was a fax transmission, then the temporary file, which has been stored as a group 3 facsimile file, will be converted into a file which follows the tagged image file format (TIFF), or a format that is suitable for transmission over WAN 580. Optionally, the temporary fax file can also be compressed at this stage. If the incoming call was an audio message, then the temporary file would be compressed using a compression scheme such as the scheme defined in the global system for mobile-communications (GSM) standard. In alternate operations, compressing and other processing of the incoming message is performed as the same time the incoming message is being received and being placed in memory subsystem 653.

In block 720, communications server 550 uses the inbound address to determine the set of final destination addresses, which are destinations on WAN 580 (i.e., the packet switched network), to send the processed incoming message. Communications server 550 then sends an electronic mail (e-mail) with the processed incoming message as an attachment to all the destinations in the set of final destination addresses.

For example, the e-mail containing the attachment is transferred to, and stored in, a server such as mail server 560, The e-mail is then retrieved by client 590 whenever the user wishes. In an alternate embodiment, client 590 can retrieve the e-mail directly from communications server 550, without the storing operation of mail server 560.

While the present invention has been particularly described with reference to the various figures, it should be understood that the figures are for illustration only and should not be taken as limiting the scope of the invention. Many changes and modifications may be made to the invention, by one having ordinary skill in the art, without departing from the spirit and scope of the invention.

US 7,020,132 B1

13

What is claimed is:

1. A system for supporting a message delivery service, comprising:

a server coupled to communicate with a plurality of first outbound resources and a database server, over an internal packet-switched data network, the database server containing account information on customers of the message delivery service, the server implements a router-filter and a message queue,

the message queue to store a request message received from a customer of the message delivery service over an external packet-switched data network,

the router-filter to obtain a request message from the queue, validate said request message by accessing the account information in the database server, and determine to which of the plurality of first outbound resources to assign said request message,

each of the first resources being capable of converting an input request message into a format capable of being received by a fax machine over a circuit switched network.

2. The system of claim 1 wherein the internal data network is a private data network.

3. The system of claim 2 wherein the external data network is the Internet.

4. The system of claim 3 wherein the request message is received from the customer via one of a mail transport protocol server and a hypertext transport protocol server on the Internet.

5. The system of claim 1 wherein the router-filter is to prioritize a plurality of request messages that have been obtained from the queue and that are assigned to an outbound resource.

6. The system of claim 1 wherein the router-filter is to determine which of the plurality of first outbound resources to assign said request message to, based on which resource offers the least cost of delivering said request message.

7. The system of claim 1 wherein the router-filter is to generate an error message that indicates an error in delivering said request message as reported by the outbound resource to which said request message was assigned.

8. The system of claim 1 further comprising:

a plurality of second outbound resources each being capable of converting an input request message into a format capable of being played back to a telephone over a circuit switched network, wherein the router-filter is to determine to which of the first and second resources said request message is to be assigned, based on a message type of said request matching a capability of one of a first resource and a second resource.

9. The system of claim 1 further comprising:

a plurality of second outbound resources each being capable of converting an input request message into a format capable of being transmitted to a paging terminal over one of (1) a circuit switched network and (2) a paging gateway over an external packet-switched network, wherein the route-filter is to determine to which of the first and second resources said request message is to be assigned, based on a message type of said request matching a capability of one of a first resource and second resource.

10. The system of claim 1 wherein a location of each outbound resource is given by an Internet Protocol address.

11. The system of claim 1 wherein the message is received from the customer via one of a mail transport protocol server and a hypertext transport protocol server on the Internet.

14

12. The system of claim 1 wherein a protocol used by the router-filter to communicate with the plurality of outbound resources is one of HTTP and SHTTP.

13. The system of claim 1 wherein the router-filter is to send a MIME message.

14. An article of manufacture for supporting a message delivery system, comprising:

a machine accessible medium containing data that, when accessed by a machine, cause a server to communicate with an outbound resource and a database all as part of an internal packet-switched data network, the server to store a request message received from a customer of the message delivery service over an external packet switched data network, verify that the request message is from the customer using information in the database, and assign said request message to the resource which converts data associated with said request message into a format capable of being received by a fax machine over a circuit switched network.

15. The article of manufacture of claim 14 wherein the medium includes further data which allows the request message to be received from a customer over the Internet.

16. The article of manufacture of claim 14 wherein the medium includes further data which, when executed by the machine, cause the server to determine which of a plurality of first outbound resources to assign said request message to, based on which resource offers the least cost of delivering said request message.

17. A method comprising:

receiving an email message from an external packet data network;

performing a database lookup in an internal packet data network to correlate the email message with a user account;

verifying within the internal network the email message is associated with a valid user account;

performing within the internal network one of a least cost routing calculation, a billing calculation, a prioritization calculation, and a message filtering operation;

converting within the internal network the email message into a fax format for transmission to a machine; and

transmitting the converted email message into a public switched telephone network to a destination telephone number.

18. A method comprising:

receiving an email message from the Internet;

performing within an internal packet data network a database lookup to correlate the email message with a user account;

determining within the internal network if the email message passes a filter screening criterion;

converting the email message into a fax format for transmission to a fax machine; and

transmitting the converted email message into a public switched telephone network to a destination telephone number.

19. A method comprising:

receiving an email message from the Internet;

performing a database lookup within an internal packet data network to correlate the email message with a user account;

queuing the email message within the internal packet data network;

reading the queued message based on a prioritized ordering rule within the internal packet data network;

converting the read message into a fax format for transmission; and

US 7,020,132 B1

15

transmitting the converted message into a public switched telephone network to a destination telephone number associated with the user account.

20. A method comprising:

receiving in an internal packet data network an email message from the Internet;

correlating the email message with a user account in the internal packet data network;

16

queuing email the message in the internal packet data network;

performing a routing operation to determine a destination to forward the email message;

converting the routed message into a fax format; and

transmitting the converted message into a public switched telephone network to a destination telephone number associated with the user account and determined in said routing.

\* \* \* \* \*