O

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   j2 GLOBAL COMMUNICATIONS     )   Case No. CV 12-07968 DDP (AJWx)
     INC.,                        )
12                                )   ORDER (1) GRANTING DEFENDANTS
                      Plaintiff,  )   LEAVE TO AMEND THEIR
13                                )   COUNTERCLAIMS, AND (2) SETTING A
          v.                      )   SCHEDULE FOR PLAINTIFF TO RESPOND
14                                )   TO THE AMENDED COUNTERCLAIMS
     OPEN TEXT CORPORATION;       )
15   EASYLINK SERVICES            )   [Docket No. 31 ]
     INTERNATIONAL CORPORATION,   )
16                                )
                      Defendants. )
17   _____ )

18        This matter is before the Court on the parties' Joint

19   Stipulation For Order (1) Granting Defendants Leave to Amend Their

20   Counterclaims, and (2) Setting a Schedule for Plaintiff to Respond

21   to the Amended Counterclaims. The Court having considered the

22   parties' Stipulation, finds good cause in support thereof.

23        Accordingly, IT IS HEREBY ORDERED:

24        The Stipulation is GRANTED.

25        Defendants are granted leave to amend their Counterclaims to

26   j2's First Amended Complaint on or before December 21, 2012.

27   ///

28   ///

     Plaintiff is granted until January 11, 2013 to answer or
otherwise respond to Defendants' amended counterclaims.

IT IS SO ORDERED.


Dated: December 27, 2012

                              DEAN D. PREGERSON
                              United States District Judge