O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS INC., </br></br> Plaintiff, </br></br> v. </br></br> OPEN TEXT CORPORATION; EASYLINK SERVICES INTERNATIONAL CORPORATION, </br></br> Defendants. | ) Case No. CV 12-07968 DDP (AJWx) </br> ) </br> ) ORDER VACATING PLAINTIFF'S </br> ) MOTION TO DISMISS COUNTS THREE </br> ) AND FOUR OF DEFENDANT'S AMENDED </br> ) COUNTERCLAIMS. </br> ) </br> ) [Docket No. 35 ] </br> ) </br> ) </br> ) </br> ) </br> ) |

This Court has granted Plaintiff's (j2's) Motion to Stay in this case. A district court may stay proceedings because it "possesses the inherent power to control its docket and promote efficient use of judicial resources." Dependable Highway Exp., Inc. v. Navigators Ins. Co., 498 F.3d 1059, 1066 (9th Cir. 2007). When a motion to stay is granted, a court will often vacate pending motions. Young v. Mandeville, CIV S-01-2360 LKK GG, 2006 WL

///

///

///

2475343, at *1 (E.D. Cal. Aug. 28, 2006) (noting application of this norm).  Accordingly, the Court now VACATES Plaintiff's Motion to Dismiss Counts Three and Four of Defendant's Amended Counterclaims.  (Docket No. 35.)

IT IS SO ORDERED.


Dated: March 26, 2013
                                        _____
                                        DEAN D. PREGERSON
                                        United States District Judge

2